## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Hsieh v. PitchBook Data, Inc.

Case Number: 1:24-cv-12454

An appearance is hereby filed by the undersigned as attorney for:

PitchBook Data, Inc., Defendant

Attorney name (type or print): Jordana Beh

Firm: Sidley Austin, LLP

Street address: One South Dearborn

City/State/Zip: Chicago, IL 60603

Bar ID Number: 6345478
(See item 3 in instructions)

Telephone Number: 312-853-7000

Email Address: jbeh@sidley.com

Are you acting as lead counsel in this case?  ☐ Yes  ☑ No

Are you a member of the court's general bar?  ☑ Yes  ☐ No

Are you a member of the court's trial bar?  ☐ Yes  ☑ No

Are you appearing *pro hac vice*?  ☐ Yes  ☑ No

If this case reaches trial, will you act as the trial attorney?  ☐ Yes  ☑ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on  December 4, 2024

Attorney signature:  S/ Jordana Beh

(Use electronic signature if the appearance form is filed electronically.)

Revised  07/19/2023