**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JAMES HSIEH, an Illinois resident, individually and as the representatives of a class of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>PITCHBOOK DATA, INC.,<br><br>Defendant. | No. 1:24-cv-12454<br><br>Hon. April M. Perry |

**DEFENDANT PITCHBOOK DATA, INC.'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO THE STATUTE OF LIMITATIONS**

Defendant PitchBook Data, Inc. ("PitchBook") moves pursuant to Federal Rule of Civil Procedure 56 for summary judgment on Plaintiff's single claim for violation of the Illinois Right of Publicity Act ("IRPA"), 765 ILCS 1075/30. In support of this Motion, PitchBook states as follows:

1. Plaintiff alleges PitchBook violated IRPA by using his and the putative class members' personal identifying information "for the purpose of enticing users of PitchBook to enter into paid subscriptions" to PitchBook's services without first obtaining written consent. Dkt. 1–1, Compl. ¶ 7.

2. There is no triable issue of fact that Plaintiff's claim is barred by the applicable statute of limitations.

3. The statute of limitations on an IRPA claim is one year, and begins to run from the date of the first publication. Plaintiff's information was accessible on PitchBook's website as of February 15, 2021. Plaintiff therefore needed to bring his Complaint by February 15, 2022.

Moreover, and to the extent the "discovery rule" applies, Plaintiff became a user of PitchBook's website on October 11, 2023, and at that time had the ability to search for any information on the website, including his own name. Therefore, at minimum, Plaintiff needed to bring his Complaint by October 11, 2024.

4. Plaintiff filed his Complaint on October 30, 2024. Dkt. 1–1, Compl. As such, his claim for damages under IRPA is untimely and should be dismissed.

5. Plaintiff's request for injunctive relief also should be dismissed as moot because his information has been completely removed from PitchBook's website.

6. In further support of this Motion, PitchBook submits the accompanying Memorandum in Support of its Motion for Summary Judgment Pursuant to the Statute of Limitations, Joint Local Rule 56.1 Statement of Undisputed Material Facts, PitchBook's Local Rule 56.1 Statement of Material Facts, the Declaration of Peter Escher, and the exhibits attached thereto.

**WHEREFORE**, PitchBook respectfully requests that the Court grant summary judgment in its favor and dismiss Plaintiff's claim and requested relief in its entirety.

Dated: April 22, 2025

Respectfully submitted,

*/s/ Kathleen L. Carlson*

Kathleen L. Carlson
Lawrence P. Fogel
Jordana Beh
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
kathleen.carlson@sidley.com
lawrence.fogel@sidley.com
jbeh@sidley.com

*Attorneys for Defendant PitchBook Data, Inc.*