**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JAMES HSIEH, an Illinois resident, individually and as the representatives of a class of similarly situated persons,<br><br>      Plaintiff,<br><br>    v.<br><br>PITCHBOOK DATA, INC.,<br><br>      Defendant. | No. 1:24-cv-12454<br><br>Hon. April M. Perry |

**JOINT L.R. 56.1(a) STATEMENT OF UNDISPUTED MATERIAL
FACTS IN SUPPORT OF PITCHBOOK'S MOTION FOR SUMMARY
JUDGMENT PURSUANT TO THE STATUTE OF LIMITATIONS**

Pursuant to Local Rule 56.1(a) and the Court's procedures for summary judgment practice, Defendant PitchBook Data, Inc. ("PitchBook") submits the following joint statement of material facts in support of its motion for summary judgment pursuant to the statute of limitations, which facts the parties agree are not in dispute. This statement is submitted together with PitchBook's statement of material facts, filed contemporaneously herewith.

**I.     THE PARTIES, VENUE, AND JURISDICTION**

1.     Plaintiff James Hsieh ("Plaintiff" or "Mr. Hsieh") is a citizen of the State of Illinois residing in Chicago, in Cook County. (Dkt. 1-1, Compl. ¶ 9.)

2.     PitchBook is a financial data and software company for professionals in venture capital, private equity, and mergers and acquisitions. It is a Delaware corporation with its principal place of business in Seattle, Washington. (Dkt. 14, Answer ¶¶ 10, 16; Declaration of Peter Escher ("Escher Decl.") ¶ 2.)

3. The Complaint originally was filed in the Circuit Court of Cook County, Illinois, and removed to this Court on December 4, 2024. (Dkt. 1, Notice of Removal; 28 U.S.C. § 1441(a).)

4. Plaintiff seeks statutory damages of $1,000 for each alleged violation of the Illinois Right of Publicity Act, or alternatively actual damages and profits derived from the alleged use of Plaintiff and the putative class members' identities, whichever is greater. The amount in controversy is alleged to exceed $5,000,000. (Dkt. 1-1, Compl. ¶¶ 15, C.; 28 U.S.C. §§ 1332(a), (d).)

## II. PITCHBOOK'S WEBSITE AND SEARCH FUNCTIONS

5. PitchBook owns and operates the public website PitchBook.com, through which registered users of PitchBook can search for and view information from PitchBook's database about private market transactions, including information on professionals employed by entities tracked by PitchBook. (Escher Decl. ¶ 2.)

6. To access and view an individual's profile page, a PitchBook user must first enter a search query, which can be performed by using either a traditional search bar, or a screener function enabling a search of people by a number of criteria including industry and geography. The search engine will then generate and display search results relevant to that query (if any). (*Id.* ¶ 3.)

7. Information about individuals may be viewed as search results in response to that search query, or by clicking and viewing a profile associated with that individual. A subset of the information from an individual's profile also may be included on the company profile of their employer. (*Id.*; Dkt. 14, Answer ¶¶ 18-20.)

8. PitchBook offers to prospective users a temporary free trial of access to PitchBook.com. This trial access includes the ability to search for and view information about professionals in PitchBook's database. (Escher Decl. ¶ 10; Dkt. 14, Answer ¶ 17.)

### III.    PLAINTIFF'S INFORMATION ON PITCHBOOK

9.    On February 8, 2021, James Hsieh's then-employer, Avante Capital Partners, sent Mr. Hsieh's name, email address, and position title at Avante to PitchBook. (Escher Decl. ¶ 4; Ex. A, ACP Form at -002; Ex. B, 2/8/21 ACP Email at -004.)[1]

10.    PitchBook added Mr. Hsieh's information to its database on February 15, 2021. Therefore, any registered user of PitchBook could have searched for and viewed Mr. Hsieh's information as of that date. (Escher Decl. ¶ 5; Ex. C, Hsieh Profile Log at -007.)

11.    Mr. Hsieh ran a number of searches on PitchBook's website and viewed multiple profiles since becoming a registered user on October 11, 2023. Mr. Hsieh last logged in to PitchBook.com on September 28, 2024. (Escher Decl. ¶ 8; Ex. D, Hsieh Event Rpt. at -014-26.)

12.    PitchBook removed Mr. Hsieh's information from its website on November 4, 2024. (Escher Decl. ¶ 9; Ex. C, Hsieh Profile Log at -006.)


Dated: April 22, 2025                                  Respectfully submitted,

                                                      */s/ Kathleen L. Carlson*
                                                      Kathleen L. Carlson
                                                      Lawrence P. Fogel
                                                      Jordana Beh
                                                      SIDLEY AUSTIN LLP
                                                      One South Dearborn
                                                      Chicago, IL 60603
                                                      Telephone: (312) 853-7000
                                                      Facsimile: (312) 853-7036
                                                      kathleen.carlson@sidley.com
                                                      lawrence.fogel@sidley.com
                                                      jbeh@sidley.com

                                                      *Attorneys for Defendant PitchBook Data, Inc.*

---

[1] Pin citations to Bates-numbered documents use the ending three digits of the Bates number ("-###").