**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

JAMES HSIEH, an Illinois resident, individually and as the representatives of a class of similarly situated persons,

Plaintiff,

v.

PITCHBOOK DATA, INC.,

Defendant.

No. 1:24-cv-12454

Hon. April M. Perry

**TABLE OF CONTENTS OF EXHIBITS TO DEFENDANT PITCHBOOK DATA, INC.'S JOINT LOCAL RULE 56.1(a) STATEMENT OF UNDISPUTED MATERIAL FACTS AND LOCAL RULE 56.1(a) STATEMENT OF MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT PURSUANT TO THE STATUTE OF LIMITATIONS**

| Exhibit | Descriptions |
|---|---|
| A | ACP Form |
| B | 2/8/21 ACP Email |
| C | Hsieh Profile Log |
| D | Hsieh Event Report |
| E | Hsieh Profile Usage Log |