**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JAMES HSIEH, an Illinois resident, individually and as the representatives of a class of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>PITCHBOOK DATA, INC.,<br><br>Defendant. | No. 1:24-cv-12454<br><br>Hon. April M. Perry |

**PITCHBOOK'S L.R. 56.1(a) STATEMENT OF MATERIAL FACTS**
**IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**
**PURSUANT TO THE STATUTE OF LIMITATIONS**

Pursuant to Local Rule 56.1(a) and the Court's procedures for summary judgment practice, Defendant PitchBook Data, Inc. ("PitchBook") submits the following statement of material facts in support of its motion for summary judgment pursuant to the statute of limitations. This statement is submitted together with PitchBook's joint statement of undisputed material facts, filed contemporaneously herewith.

## I. PLAINTIFF'S INFORMATION ON PITCHBOOK

1. Since February 15, 2021, Mr. Hsieh's information on PitchBook was changed only once, on June 6, 2023, when PitchBook updated his information to reflect that he was a former and not current employee at Avante Capital Partners. (Declaration of Peter Escher ("Escher Decl.") ¶ 6; Ex. C, Hsieh Profile Log at -006.)

2. Since February 15, 2021, PitchBook has occasionally made minor, aesthetic changes to its website, such as formatting modifications or updating colors as part of a brand

refresh. None of these changes modified Mr. Hsieh's personal information in any way. (Escher Decl. ¶ 7.)

3. Mr. Hsieh registered as a PitchBook user on October 11, 2023, through an institutional account using a University of Chicago email address. As a registered user, Mr. Hsieh had full access to PitchBook's platform, including its search functions. (*Id.* ¶ 8; Ex. D, Hsieh Event Rpt. at -014.)

4. During the entire time Mr. Hsieh's information was on PitchBook.com, no one using PitchBook on a free trial basis ever viewed Mr. Hsieh's profile on PitchBook. (Escher Decl. ¶ 11; Ex. E, Hsieh Profile Usage Log.)

Dated: April 22, 2025

Respectfully submitted,

*/s/ Kathleen L. Carlson*
Kathleen L. Carlson
Lawrence P. Fogel
Jordana Beh
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
kathleen.carlson@sidley.com
lawrence.fogel@sidley.com
jbeh@sidley.com

*Attorneys for Defendant PitchBook Data, Inc.*