**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JAMES HSIEH, an Illinois resident, individually and as the representatives of a class of similarly situated persons<br><br>Plaintiff,<br><br>v.<br><br>PITCHBOOK DATA, INC.,<br><br>Defendant. | No. 1:24-cv-12454<br><br>Hon. April M. Perry |

**<u>DECLARATION OF PETER ESCHER</u>**

I, Peter Escher, declare as follows:

1. I am Chief Data Operations Officer at PitchBook Data, Inc. ("PitchBook"), and have led the data operations team since 2019. As part of my job responsibilities, I am familiar with PitchBook's operations and record keeping, and I have reviewed PitchBook's business records that provide the basis for my statements. Based on my experience at PitchBook and review of these records, I have personal knowledge of the facts set forth in this declaration, and if called and sworn as a witness, I could and would testify competently thereto.

2. PitchBook is a financial data and software company for professionals in venture capital, private equity, and mergers and acquisitions. PitchBook owns and operates the public website PitchBook.com through which a registered user can search for and view information about private market transactions, including information on professionals employed by entities tracked by PitchBook.

3. In order to access and view an individual's profile page, a PitchBook user must first enter a search query, which can be performed by using either by a traditional search bar, or a screener function enabling a search of people by a number of criteria including industry and geography. The search engine will then generate and display search results relevant to that query (if any), including information about the individual and a link to the individual's profile. Users can then select the profile to access and view more information about that individual. A subset of the information from an individual's profile also may be included on the company profile of their employer.

4. According to PitchBook's business records, PitchBook received information related to James Hsieh on February 8, 2021, from his then-employer, Avante Capital Partners. Attached as Exhibit A is a true and correct copy of the relevant excerpts of a document Avante Capital Partners sent PitchBook containing Mr. Hsieh's information. A true and correct copy of the email transmitting that document to PitchBook is attached hereto as Exhibit B.

5. Attached as Exhibit C is a true and correct copy of a log maintained by PitchBook showing all additions, deletions, or alterations to Mr. Hsieh's profile on PitchBook's platform. The first column ("Updated_AT_PST") shows the date and time of each change to Mr. Hsieh's profile. As reflected in the log, PitchBook added the information provided by Avante Capital Partners to its database on February 15, 2021. Thus, PitchBook users could have searched for Mr. Hsieh and viewed and accessed his associated information beginning on February 15, 2021.

6. After Mr. Hsieh's information was added to PitchBook's database on February 15, 2021, his personal information was changed only once, on June 6, 2023, and the change was made solely to reflect that he was a former employee of Avante Capital Partners. Ex. C at PitchBook_0000006.

7. Since February 15, 2021, PitchBook has occasionally made minor, aesthetic changes to its website, such as formatting modifications or updating colors as part of a brand refresh. None of these changes modified in any way Mr. Hsieh's personal information.

8. According to PitchBook's business records, Mr. Hsieh registered as a PitchBook user on October 11, 2023, using an email address associated with the University of Chicago. Attached as Exhibit D is a true and correct copy of a log maintained by PitchBook showing all of Mr. Hsieh's interactions with PitchBook and its platform. The fifth column ("Event Date") shows the date of the interaction, and the ninth column ("Event Description") describes the interaction. As reflected in Exhibit D, Mr. Hsieh first logged in to PitchBook and became a registered user on October 11, 2023, using an email address associated with the University of Chicago. Ex. D at PitchBook_0000014. As a registered user, Mr. Hsieh would have had full access to PitchBook's platform, including its search functions. Mr. Hsieh ran a number of searches on PitchBook's website since becoming a registered user on October 11, 2023. *Id.* at PitchBook_0000014-26.

9. As reflected in Exhibit C, PitchBook removed Mr. Hsieh's information from the website on November 4, 2024. Ex. C at PitchBook_0000006.

10. PitchBook offers temporary free trials of PitchBook's platform to prospective users. Upon receiving an invitation for a temporary free trial, the prospective user registers as a trial user. Only registered users, either on a temporary free trial or subscription basis, have access to PitchBook's database.

11. According to PitchBook's business records, no one using a temporary free trial ever viewed Mr. Hsieh's individual profile. Exhibit E is a true and correct copy of a log maintained by PitchBook showing each instance someone viewed Mr. Hsieh's profile. The fifth

column (“PB_License Type”) indicates the type of license the user was under when they viewed Mr. Hsieh’s profile. A “Seat Based” license is a typical PitchBook license where a company pays for a certain amount of seats. A “University (Student)” license is a license provided to a university for student access. An “Unlimited” license is a firm-wide license, meaning anyone at the subscribing company can be added as a user under the license at no additional cost. If anyone was viewing Mr. Hsieh’s profile on a free trial basis, the entry in Column E would read “Trial”.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed April 20, 2025

By: Signed by: Peter Escher
9DD99E6EF925404...

Peter Escher, Chief Data Operations Officer,
PitchBook Data, Inc.