# Exhibit A

PitchBook The official data provider of ACG and NVCA ACG NATIONAL VENTURE CAPITAL ASSOCIATION

FREE TRIAL ABOUT PITCHBOOK

Have a question? Call Research Team member Andy Geilfuss at [redacted]

**PitchBook Platform profile editor:** Avante Capital Partners

# How to edit your PitchBook Platform profile

1. If you're using Excel 2016, click **Enable Editing**.
   If you're using Excel 2010, click **Enable Content**.
2. Update any missing or outdated information on each tab. Make sure to save your document.
3. Send your completed spreadsheet to our Research Team by emailing **Andy Geilfuss** at **Andy.Geilfuss@pitchbook.com** or upload your document on our profile editor website.

Next

PitchBook The official data provider of ACG and NVCA

FREE TRIAL ABOUT PI

Have a question? Call Research Team member Andy Geilfuss at +[redacted]

**PitchBook Platform profile editor:** Avante Capital Partners

# Add New Team Member

Prev Next

**Amounts in millions*

| Last Name | First Name | Title | Status | Email | Phone |
|---|---|---|---|---|---|
| ☐ **Check this box if all Team Members are available on your website** | | | | | |
| [redacted] | [redacted] | [redacted] | | [redacted] | |
| Hsieh | James | Associate | | james@avantecap.com | |
| [redacted] | [redacted] | [redacted] | | [redacted] | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

ITCHBOOK

[redacted]

| Fax | Location | Biography | Add Notes & Clarifications |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |