# Exhibit B

**From:** Amanda Kim
**To:** Andy Geilfuss
**Subject:** RE: League Table Connections
**Date:** Monday, February 8, 2021 6:53:30 PM
**Attachments:** image001.png
Avante Capital Partners - PitchBook Profile - 02.08.2021.xlsm

---

[EXTERNAL EMAIL]

Andy, see attached and LMK if any questions. Thanks!

---

**From:** Andy Geilfuss <Andy.Geilfuss@pitchbook.com>
**Sent:** Monday, February 08, 2021 9:42 AM
**To:** Amanda Kim [redacted]@avantecap.com>
**Subject:** RE: League Table Connections

Hi Amanda,

That would be great! Happy to give an extension. Please let me know if I can guide you through anything or answer any questions.

Best,
Andy

**ANDY GEILFUSS Research Associate, Debt Providers**
PitchBook Data, Inc. | pitchbook.com | andy.geilfuss@pitchbook.com
**T** +[redacted] | **twitter** @pitchbook
**A better way to do VC, PE and M&A**
The PitchBook Platform

---

**From:** Amanda Kim [redacted]@avantecap.com>
**Sent:** Monday, February 8, 2021 8:47 AM
**To:** Andy Geilfuss <Andy.Geilfuss@pitchbook.com>
**Subject:** RE: League Table Connections

[EXTERNAL EMAIL]

Hi Andy – Any chance I can fill this out today? I'm sorry for the delay

---

**From:** Andy Geilfuss <Andy.Geilfuss@pitchbook.com>
**Sent:** Tuesday, January 19, 2021 12:23 PM
**To:** Amanda Kim [redacted]@avantecap.com>
**Subject:** League Table Connections

Hi Amanda,

I wanted to touch base about the company data publishing to PitchBook. I thought we could work together because whether or not things get updated, the profile gets traffic, and I think it would be best to keep things current. Additionally, our annual league table submission deadline is on the horizon (Feb. 5th).

If you're interested in making the league table or profile updates, the best way is to review and add to the secure submission form we made for you below. A reminder about the minimum submission criteria for the league table: it is target company name, debt type, deal type, close date and your role (if applicable). We do not disclose all these details on the report itself.

Submission Form

Please let me know if you have any questions or want to set up a call to go over anything.
Thank you!
Andy Geilfuss

**ANDY GEILFUSS** Research Associate, Debt Providers
PitchBook | pitchbook.com | andy.geilfuss@pitchbook.com
**T** +[redacted] | **twitter** @pitchbook

You're receiving this email because you're listed as the contact to confirm and update your firm's profile in the PitchBook Platform. Don't want to receive these emails? **Manage your email preferences.**

Disclaimer: Respondents should not disclose any non-public information or any information which the Respondent or Respondent's employer would otherwise consider to be confidential in nature.

---

**Total Control Panel** Login

To: [redacted]@avantecap.com
From: andy.geilfuss@pitchbook.com

Message Score: 1
My Spam Blocking Level: Medium

High (60): Pass
Medium (75): Pass
Low (90): Pass

Block this sender
Block pitchbook.com

*This message was delivered because the content filter score did not exceed your filter level.*

[EXTERNAL] Please be cautious. Attn Avante Cap recipient -- The original email was sent from outside of your organization.

---

**Total Control Panel** Login

To:[redacted]@avantecap.com
From: prvs=6673d73f07=andy.geilfuss@pitchbook.com

Message Score: 1
My Spam Blocking Level: Medium

High (60): Pass
Medium (75): Pass
Low (90): Pass

Block this sender
Block pitchbook.com

*This message was delivered because the content filter score did not exceed your filter level.*

[EXTERNAL] Please be cautious. Attn Avante Cap recipient -- The original email was sent from outside of your organization.