# Exhibit C

| UPDATED_AT_PST | UPDATED_BY | DATAPOINT | FINAL_VALUE | PREVIOUS_VALUE |
|---|---|---|---|---|
| 11/4/2024 14:02 | Andrew.Cespedes | publishStatusId | Do Not Publish | Publish |
| 6/6/2023 8:15 | Vidhi.Thakker | fullBiography | Mr. James Hsieh served as an Associate at Avante Capital Partners. Mr. Hsieh is responsible for identifying, underwriting, executing, and managing investment opportunities. Mr. Hsieh joined Avante in 2021. He has 3 years of Middle-Market debt and equity experience. Prior to Avante, Mr. Hsieh worked | Mr. James Hsieh served as an Associate at Avante Capital Partners. Mr. Hsieh is responsible for identifying, underwriting, executing, and managing investment opportunities. Mr. Hsieh joined Avante in 2021. He has 3 years of Middle-Market debt and equity experience. Prior to Avante, Mr. Hsieh worked at Prudential Capital Partners, a MM Mezzanine fund based in Chicago, where he was responsible for sourcing, closing, and managing mezzanine investments. Mr. Hsieh graduated with high honors from the University of Illinois at Urbana-Champaign and holds Bachelor of Science in Finance and Accountancy. |
| 6/6/2023 8:15 | Vidhi.Thakker | fullBiography | Mr. James Hsieh served as an Associate at Avante Capital Partners. Mr. Hsieh is responsible for identifying, underwriting, executing, and managing investment opportunities. Mr. Hsieh joined Avante in 2021. He has 3 years of Middle-Market debt and equity experience. Prior to Avante, Mr. Hsieh worked | Mr. James Hsieh served as an Associate at Avante Capital Partners. Mr. Hsieh is responsible for identifying, underwriting, executing, and managing investment opportunities. Mr. Hsieh joined Avante in 2021. James has 3 years of Middle-Market debt and equity experience. Prior to Avante, Mr. Hsieh worked at Prudential Capital Partners, a MM Mezzanine fund based in Chicago, where he was responsible for sourcing, closing, and managing mezzanine investments. Mr. Hsieh graduated with high honors from the University of Illinois at Urbana-Champaign and holds B.S. in Finance and B.S. in Accountancy. |
| 6/6/2023 8:14 | Vidhi.Thakker | positionEmail | james@avantecap.com | |
| 6/6/2023 8:14 | Vidhi.Thakker | primaryEmail | FIELD CLEARED | james@avantecap.com |
| 6/6/2023 8:14 | Vidhi.Thakker | version | 0000000027BD6B73 | 0000000027BD6AA1 |
| 6/6/2023 8:14 | Vidhi.Thakker | status | Former | Current |
| 6/6/2023 8:14 | Vidhi.Thakker | fullBiography | Mr. James Hsieh served as an Associate at Avante Capital Partners. Mr. Hsieh is responsible for identifying, underwriting, executing, and managing investment opportunities. Mr. Hsieh joined Avante in 2021. James has 3 years of Middle-Market debt and equity experience. Prior to Avante, Mr. Hsieh work | Mr. James Hsieh serves as an Associate at Avante Capital Partners. Mr. Hsieh is responsible for identifying, underwriting, executing, and managing investment opportunities. Mr. Hsieh joined Avante in 2021. James has 3 years of Middle-Market debt and equity experience. Prior to Avante, Mr. Hsieh worked at Prudential Capital Partners, a MM Mezzanine fund based in Chicago, where he was responsible for sourcing, closing, and managing mezzanine investments. Mr. Hsieh graduated with high honors from the University of Illinois at Urbana-Champaign and holds B.S. in Finance and B.S. in Accountancy. |
| 6/6/2023 8:14 | Vidhi.Thakker | internalNotes | 02/15/2021- Abhay.Menon -Created contact - per (Compare Tool) - 1Q21_Lender_LTnonres_EECEEE_NA_ATG (Avante Capital Partners) SP SurveyUpdate -- add general update - not full bio///<br><br>6/06/23, Vidhi Thakker: mgmt former /// | 02/15/2021- Abhay.Menon -Created contact - per (Compare Tool) - 1Q21_Lender_LTnonres_EECEEE_NA_ATG (Avante Capital Partners) SP SurveyUpdate -- add general update - not full bio/// |
| 2/15/2021 11:37 | abhay.menon | internalNotes | 02/15/2021- Abhay.Menon -Created contact - per (Compare Tool) - 1Q21_Lender_LTnonres_EECEEE_NA_ATG (Avante Capital Partners) SP SurveyUpdate -- add general update - not full bio/// | |

| UPDATED_AT_PST | UPDATED_BY | DATAPOINT | FINAL_VALUE | PREVIOUS_VALUE |
|---|---|---|---|---|
| 2/15/2021 11:37 | abhay.menon | fullBiography | Mr. James Hsieh serves as an Associate at Avante Capital Partners. Mr. Hsieh is responsible for identifying, underwriting, executing, and managing investment opportunities. Mr. Hsieh joined Avante in 2021. James has 3 years of Middle-Market debt and equity experience. Prior to Avante, Mr. Hsieh worked at Prudential Capital Partners, a MM Mezzanine fund based in Chicago, where he was responsible for sourcing, closing, and managing mezzanine investments. Mr. Hsieh graduated with high honors from the University of Illinois at Urbana-Champaign and holds B.S. in Finance and B.S. in Accountancy. | |
| 2/15/2021 11:37 | abhay.menon | version | 00000000164F16D7 | 00000000164F15F7 |
| 2/15/2021 11:37 | abhay.menon | joinDate | 2021-01-01T00:00:00-0600 | |
| 2/15/2021 11:35 | abhay.menon | version | 00000000164F15F7 | 00000000164F15DA |
| 2/15/2021 11:35 | abhay.menon | site | Los Angeles | Los Angeles |
| 2/15/2021 11:35 | abhay.menon | id | 2706557 | |
| 2/15/2021 11:35 | abhay.menon | genderId | 1 | |
| 2/15/2021 11:35 | abhay.menon | status | Current | |
| 2/15/2021 11:35 | abhay.menon | title | Associate | |
| 2/15/2021 11:35 | abhay.menon | relationship | Employee | |
| 2/15/2021 11:35 | abhay.menon | entityId | 3558624 | |
| 2/15/2021 11:35 | abhay.menon | primaryEntityId | Avante Capital Partners | |
| 2/15/2021 11:35 | abhay.menon | source | Researcher | |
| 2/15/2021 11:35 | abhay.menon | fullTitle | Associate | |
| 2/15/2021 11:35 | abhay.menon | founder | 2 | |
| 2/15/2021 11:35 | abhay.menon | lastName | Hsieh | |
| 2/15/2021 11:35 | abhay.menon | department | | |
| 2/15/2021 11:35 | abhay.menon | pbContactType | | |
| 2/15/2021 11:35 | abhay.menon | suffixId | -1 | |
| 2/15/2021 11:35 | abhay.menon | foreignTitle | 0 | |
| 2/15/2021 11:35 | abhay.menon | imageNotFound | 0 | |
| 2/15/2021 11:35 | abhay.menon | linkedInIdentifier | linkedin.com/in/james-hsieh-b92512128/ | |
| 2/15/2021 11:35 | abhay.menon | bypassBriteVerify | 0 | |
| 2/15/2021 11:35 | abhay.menon | department2 | | |
| 2/15/2021 11:35 | abhay.menon | firstName | James | |
| 2/15/2021 11:35 | abhay.menon | title2 | | |
| 2/15/2021 11:35 | abhay.menon | prefixId | 73 | |
| 2/15/2021 11:35 | abhay.menon | version | 00000000164F15DA | |
| 2/15/2021 11:35 | abhay.menon | personEntityId | 2706557 | |
| 2/15/2021 11:35 | abhay.menon | gdprRemoveData | 0 | |
| 2/15/2021 11:35 | abhay.menon | businessEntityId | 342641 | |
| 2/15/2021 11:35 | abhay.menon | publishStatusId | Publish | |
| 2/15/2021 11:35 | abhay.menon | primaryEmail | james@avantecap.com | |