# Exhibit E

| EVENT_DATE | EVENT_CODE | PB_USER_ID | PB_LICENSE_ID | PB_LICENSE_TYPE | PB_LICENSE_START_DATE | PB_LICENSE_END_DATE | PB_ACCOUNT_ID | PB_USER_FIRST_NAME | PB_USER_LAST_NAME | PB_USER_EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/05/21 | VPP | 506537 | 72824 | Seat Based | 43992 | 44356 | 5874 | [redacted] | [redacted] | [redacted].com |
| 02/15/22 | VPP | 2040804 | 98257 | Unlimited | 44500 | 44864 | 17246 | [redacted] | [redacted] | [redacted].com |
| 02/15/22 | PROFNAV | 2040804 | 98257 | Unlimited | 44500 | 44864 | 17246 | [redacted] | [redacted] | [redacted].com |
| 02/15/22 | VPP_CRMTA | 2040804 | 98257 | Unlimited | 44500 | 44864 | 17246 | [redacted] | [redacted] | [redacted].com |
| 02/15/22 | VPP_CRMTA | 2040804 | 98257 | Unlimited | 44500 | 44864 | 17246 | [redacted] | [redacted] | [redacted].com |
| 10/08/22 | VPP | 1437318 | 113088 | Seat Based | 44778 | 45142 | 6150 | [redacted] | [redacted] | [redacted].com |
| 02/14/23 | VPP | 1649667 | 109227 | Seat Based | 45057 | 45422 | 328 | [redacted] | [redacted] | [redacted].com |
| 02/14/23 | UR_ELLIPSIS | 1649667 | 109227 | Seat Based | 45057 | 45422 | 328 | [redacted] | [redacted] | [redacted]com |
| 02/14/23 | DWN_MODAL | 1649667 | 109227 | Seat Based | 45057 | 45422 | 328 | [redacted] | [redacted] | [redacted].com |
| 02/14/23 | DWN_MODAL | 1649667 | 109227 | Seat Based | 45057 | 45422 | 328 | [redacted] | [redacted] | [redacted].com |
| 02/14/23 | DWN_TRIGGER | 1649667 | 109227 | Seat Based | 45057 | 45422 | 328 | [redacted] | [redacted] | [redacted]com |
| 02/14/23 | VPPF | 1649667 | 109227 | Seat Based | 45057 | 45422 | 328 | [redacted] | [redacted] | [redacted]com |
| 05/16/23 | LINKEDIN | 4514847 | 113016 | Seat Based | 44768 | 45498 | 40564 | [redacted] | [redacted] | [redacted].com |
| 09/24/24 | VPP | 5675117 | 141225 | University (Student) | 45264 | 45626 | 41401 | [redacted] | [redacted] | [redacted]il |
| 09/24/24 | VPP | 5675117 | 141225 | University (Student) | 45264 | 45626 | 41401 | [redacted] | [redacted] | [redacted]il |
| 10/23/24 | VPP | 5675117 | 141225 | University (Student) | 45264 | 45626 | 41401 | [redacted] | [redacted] | [redacted]il |