**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JAMES HSIEH, an Illinois resident, individually and as the representatives of a class of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>PITCHBOOK DATA, INC.,<br><br>Defendant. | No. 1:24-cv-12454<br><br>Hon. April M. Perry |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Tuesday, May 6, 2025 at 10:00 a.m., or as soon thereafter as counsel may be heard, counsel for Defendant PitchBook Data, Inc. shall appear before the Honorable April M. Perry, in courtroom 1725 of the United States District Courthouse, 219 South Dearborn, Chicago, Illinois, and present PitchBook's Motion for Summary Judgment Pursuant to the Statute of Limitations.

Dated: April 22, 2025

Respectfully submitted,

*/s/ Kathleen L. Carlson*
Kathleen L. Carlson
Lawrence P. Fogel
Jordana Beh
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
kathleen.carlson@sidley.com
lawrence.fogel@sidley.com
jbeh@sidley.com

*Attorneys for Defendant PitchBook Data, Inc.*