**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

James Hsieh

Plaintiff,

v.

Case No.: 1:24−cv−12454
Honorable April M. Perry

PitchBook Data, Inc.

Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 1, 2025:

MINUTE entry before the Honorable Jeffrey T. Gilbert: Status hearing held on 5/1/25. Plaintiff reported that Plaintiff served written discovery as required on 4/23/25 per the Court's order of 4/18/25 [28]. Defendant reports that it did not serve written discovery by that date because Defendant interpreted the Court's order as requiring it to serve discovery only it believed it needed discovery at this stage of the proceedings with its motion for summary judgment pending, and Defendant determined it needed no written discovery at this point in time. The parties have conferred and agree that Defendant will respond to certain of Plaintiff's discovery requests that relate to matters at issue in or relevant to the summary judgment motion and they agree to defer responding to all other aspects of Plaintiff's written discovery requests until after a ruling on summary judgment. Effectively, therefore, the parties have agreed to stay discovery other than as related to the pending summary judgment motion. Given that agreement, the Court will not require Defendant to serve comprehensive written discovery at this time and its order of 4/18/25 [28] is modified accordingly. Defendant, however, shall serve any written discovery it needs to serve on all remaining claims and defenses in this case within 14 days of a decision on the motion summary judgment. The parties shall file a joint status report by 6/16/25 on the parties' progress with written discovery. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.