**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JAMES HSIEH, an Illinois resident, individually and as the representatives of a class of similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>PITCHBOOK DATA, INC., a Delaware corporation,<br><br>Defendant. | ) | Case No. 1:24-cv-12454<br><br>Hon. April M. Perry<br><br>Magistrate Judge Jeffrey T. Gilbert |

**JOINT MOTION TO MODIFY BRIEFING SCHEDULE ON**
**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff James Hsieh respectfully moves this Court for an extension of sixty (60) days in which to file his Opposition to Defendant PitchBook Data, Inc.'s ("Pitchbook") pending Motion for Summary Judgment Pursuant to the Statute of Limitations (the "Motion for Summary Judgment") (Doc. 29). PitchBook does not oppose this request and respectfully requests a corresponding extension of its deadline to file its reply memorandum in support of its Motion for Summary Judgment. In support, the parties state as follows:

1. On April 2, 2025, the Court entered an Order (Doc. 23) granting in part and denying in part PitchBook's Motion to Stay Discovery and For Leave to File Motion for Summary Judgment on the Threshold Issue of the Statute of Limitations (Doc. 15). The Court (1) granted PitchBook leave to file its Motion for Summary Judgment; but (2) denied the request for a stay of discovery. (Doc. 23).

2. On April 16, 2025, the Court entered an order referring this case to Magistrate Judge Gilbert for "Discovery Supervision." (Doc. 26).

3. On April 18, 2025, Magistrate Judge Gilbert entered an order "adopt[ing] Defendant's proposal in the Status Report that written discovery shall be served by 4/23/25 rather than on 4/22/25 as Plaintiff proposes . . . ." (Doc. 28). Magistrate Judge Gilbert reasoned that waiting until April 23 to issue written discovery would allow Plaintiff to "at least read Defendant's anticipated motion for summary judgment that Defendant says it will file on 4/22/25 before issuing written discovery in case there is something in Defendant's motion that causes Plaintiff to modify any requests or add new ones." (*Id.*)

4. On April 22, 2025, PitchBook filed its Motion for Summary Judgment. (Doc. 29). The Motion for Summary Judgment is supported by the Declaration of Peter Escher, PitchBook's Chief Data Operations Officer. (Doc. 33).

5. On April 23, 2025, after reviewing PitchBook's Motion for Summary Judgment, Plaintiff issued his First Set of Interrogatories to Defendant and First Requests for Production of Documents to Defendant. PitchBook's responses to Plaintiff's first written discovery requests are currently due May 23, 2025.

6. On April 23, 2025, the Court issued a minute order setting a deadline for Plaintiff to respond to PitchBook's Motion for Summary Judgment by May 21, 2025, which is two days before PitchBook's responses to Plaintiff's discovery requests are due, and also setting PitchBook's deadline to file its reply memorandum for June 4, 2025.

7. On April 30, 2025, Plaintiff's counsel served PitchBook's counsel with draft topics for a Rule 30(b)(6) deposition on the topics addressed in the Escher Declaration submitted in support of PitchBook's Motion for Summary Judgment. The parties are in the process of conferring on the draft topics and anticipated deposition date.

8. Also on April 30, 2025, the parties met and conferred and agreed to seek an extension of the briefing schedule on PitchBook's Motion for Summary Judgment to allow PitchBook time to respond to Plaintiff's written discovery requests and for Plaintiff to conduct a Rule 30(b)(6) deposition on the topics in the Escher Declaration.

WHEREFORE, the Parties respectfully request that the Court modify the briefing schedule on PitchBook's Motion for Summary Judgment such that Plaintiff shall have an additional sixty (60) days—until July 21, 2025—in which to respond to PitchBook's Motion for Summary Judgment, and PitchBook's reply is to be filed fourteen (14) days thereafter—by August 4, 2025.

Respectfully submitted,

By: /s/ *Glenn L. Hara*
Glenn L. Hara
Wallace C. Solberg
Brian J. Wanca
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
(847) 368-1500
ghara@andersonwanca.com
wsolberg@andersonwanca.com
bwanca@andersonwanca.com
*Attorneys for Plaintiff*

/s/ *Kathleen L. Carlson*
Kathleen L. Carlson
Lawrence P. Fogel
Jordana Beh
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
kathleen.carlson@sidley.com
lawrence.fogel@sidley.com
jbeh@sidley.com
*Attorneys for Defendant PitchBook Data, Inc.*

## CERTIFICATE OF SERVICE

I, the undersigned, state that on May 8, 2025, I caused the foregoing to be filed electronically using the CM/ECF system, which will send notice of this filing to all counsel of record.

/s/ Glenn L. Hara