**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JAMES HSIEH, an Illinois resident, individually and as the representative of a class of similarly situated persons, | ) | |
| | ) | Case No. 1:24-cv-12454 |
| Plaintiff, | ) | Hon. April M. Perry |
| v. | ) | |
| | ) | Magistrate Judge Jeffrey T. Gilbert |
| PITCHBOOK DATA, INC., a Delaware corporation, | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on May 13, 2025, at 10:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable April M. Perry or any Judge sitting in her stead, in Courtroom 1725 of the U.S. District Court, located at 219 S. Dearborn St., Chicago, Illinois, and then and there present ***Joint Motion to Modify Briefing Schedule on Defendant's Motion for Summary Judgment***, a copy of which has herewith been served upon you.

s/ Glenn L. Hara
Glenn L. Hara

**CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

s/ Glenn L. Hara

Glenn L. Hara
Wallace C. Solberg
Brian J. Wanca
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
Telephone: 847/368-1500
ghara@andersonwanca.com
wsolberg@andersonwanca.com
bwanca@andersonwanca.com