**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JAMES HSIEH, an Illinois resident, individually and as the representatives of a class of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>PITCHBOOK DATA, INC.,<br><br>Defendant. | No. 1:24-cv-12454<br><br>Hon. April M. Perry<br><br>Hon. Jeffery T. Gilbert |

# JOINT STATUS REPORT

In accordance with the Court's Minute Entry dated May 1, 2025 (Dkt. 36) Plaintiff James Hsieh ("Plaintiff") and PitchBook Data, Inc. ("PitchBook") submit this Joint Status Report, stating:

## I. Discovery Relevant to PitchBook's Motion for Summary Judgment Pursuant to the Statute of Limitations

Plaintiff served his first set of interrogatories and first requests for production on April 23, 2025. Per the parties' agreement, PitchBook responded to Plaintiff's written discovery requests that pertain to PitchBook's Motion for Summary Judgment Pursuant to the Statute of Limitations ("Motion for Summary Judgment") on May 23, 2025, and supplemented its response to one interrogatory on June 13, 2025. PitchBook's duty to respond to Plaintiff's other written discovery requests is held in abeyance pending the resolution of the Motion for Summary Judgment. *See* Dkt. 36.

PitchBook has made two document productions relevant to its Motion for Summary Judgment: one on April 15, 2025, and one on June 13, 2025. The sole deposition that Plaintiff has

requested in connection with PitchBook's Motion for Summary Judgment—a Rule 30(b)(6) deposition of PitchBook—is scheduled for June 24, 2025.

## II. Summary Judgment Briefing Schedule

The deadline for Plaintiff to file his opposition to PitchBook's Motion for Summary Judgment is July 21, 2025. PitchBook's reply is due August 4, 2025.

Dated: June 16, 2025

Respectfully submitted,

James Hsieh

*/s/ Glenn L. Hara*
Glenn L. Hara
Brian J. Wanca
Wallace C. Solberg
ANDERSON + WANCA
3701 Algonquin Rd. Suite 500
Rolling Meadows, IL 60008
Telephone: 847.368.1500
ghara@andersonwanca.com
bwanca@andersonwanca.com
wsolberg@andersonwanca.com

*Counsel for Plaintiff*

PitchBook Data, Inc.

*/s/ Kathleen L. Carlson*
Kathleen L. Carlson
Lawrence P. Fogel
Jordana Beh
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
kathleen.carlson@sidley.com
lawrence.fogel@sidley.com
jbeh@sidley.com

*Counsel for Defendant*