**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

James Hsieh
Plaintiff,
v.
PitchBook Data, Inc.
Defendant.

Case No.: 1:24−cv−12454
Honorable April M. Perry

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 18, 2025:

MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court reviewed the parties' Joint Status Report [40]. The Court assumes the parties completed the written discovery they agreed to take with respect to Defendant's motion for summary judgment [36] and that Plaintiff conducted the Rule 30(b)(6) deposition that Plaintiff wanted to take. The Court notes that Plaintiff's response to Defendant's motion for summary judgment is due this coming Monday, 7/21/25 [39]. The parties shall file a short joint status report by 7/23/25 confirming they have completed the written discovery they agreed to conduct before summary judgment briefing and Plaintiff took the deposition that Plaintiff wanted to take. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.