**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JAMES HSIEH, an Illinois resident, individually and as the representatives of a class of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>PITCHBOOK DATA, INC., a Delaware corporation,<br><br>Defendant. | ) | Case No. 1:24-cv-12454<br><br>Hon. April M. Perry<br><br>Magistrate Judge Jeffrey T. Gilbert |

**PLAINTIFF'S L.R. 56.1(b)(2) RESPONSE**
**TO DEFENDANT'S STATEMENT OF MATERIAL FACTS**

Pursuant to Local Rule 56.1(b) and the Court's procedures for summary judgment practice, Plaintiff, James Hsieh, submits the following Response to the L.R. 56.1(a) Statement of Material Facts in Support of its Motion for Summary Judgment Pursuant to the Statute of Limitations filed by Defendant PitchBook Data, Inc. ("PitchBook") (Doc. 32). This statement is submitted with Plaintiff's L.R. 56.1(b)(3) Statement of Additional Material Facts, filed contemporaneously.

1. Since February 15, 2021, Mr. Hsieh's information on PitchBook was changed only once, on June 6, 2023, when PitchBook updated his information to reflect that he was a former and not current employee at Avante Capital Partners. (Declaration of Peter Escher ("Escher Decl.") ¶ 6; Ex. C, Hsieh Profile Log at -006.)

**RESPONSE:** Undisputed.

2. Since February 15, 2021, PitchBook has occasionally made minor, aesthetic changes to its website, such as formatting modifications or updating colors as part of a brand refresh. None of these changes modified Mr. Hsieh's personal information in any way. (Escher Decl. ¶ 7.)

**RESPONSE:** Undisputed.

3. Mr. Hsieh registered as a PitchBook user on October 11, 2023, through an institutional account using a University of Chicago email address. As a registered user, Mr. Hsieh had full access to

PitchBook's platform, including its search functions. (*Id.* ¶ 8; Ex. D, Hsieh Event Rpt. at -014.)

**RESPONSE:** Undisputed.

4. During the entire time Mr. Hsieh's information was on PitchBook.com, no one using PitchBook on a free trial basis ever viewed Mr. Hsieh's profile on PitchBook. (Escher Decl. ¶ 11; Ex. E, Hsieh Profile Usage Log.)

**RESPONSE:** Undisputed that no one using a "free trial" ever viewed Mr. Hsieh's profile on PitchBook, as opposed to the at least 16 instances where Mr. Hsieh's profile was viewed by PitchBook users with another "License Type."

By: /s/ Glenn L. Hara

Glenn L. Hara
Wallace C. Solberg
Brian J. Wanca
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
(847) 368-1500
ghara@andersonwanca.com
wsolberg@andersonwanca.com
bwanca@andersonwanca.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

/s/ Glenn L. Hara