**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JAMES HSIEH, an Illinois resident, individually and as the representatives of a class of similarly situated persons, | ) | |
| | ) | Case No. 1:24-cv-12454 |
| Plaintiff, | ) | Hon. April M. Perry |
| v. | ) | Magistrate Judge Jeffrey T. Gilbert |
| PITCHBOOK DATA, INC., a Delaware corporation, | ) | |
| Defendant. | ) | |

**PLAINTIFF'S L.R. 56.1(b)(3) STATEMENT OF ADDITIONAL MATERIAL FACTS**
**<u>IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT</u>**

Plaintiff, James Hsieh, states as follows for his Local Rule 56.1(b)(3) Statement of Additiona Material Facts in opposition to the Motion for Summary Judgment Pursuant to the Statute of Limitations filed by Defendant PitchBook Data, Inc. ("PitchBook") (Doc. 29).

1. Certain information relating to Mr. Hsieh was available on PitchBook in September 2024, including his name, company position, and education, and this information was accessible to free users through PitchBook's search functions. (Doc. 14, Def.'s Answer ¶ 31).

2. Mr. Hsieh's PitchBook profile was viewed by PitchBook users at least 16 times from April 5, 2021, through October 23, 2024. (Escher Dep. Ex. 7).

3. Mr. Hsieh's PitchBook profile was viewed by PitchBook users twice on September 24, 2024, and once on October 23, 2024. (Escher Dep. Ex. 7).

4. When a free user views the PitchBook profile of an employer, "a subset of the information from an individual's profile also may be included on the company profile of their employer." (Escher Dep. at 9:16–20).

5. During the time Mr. Hsieh was employed by Avante Capital, his profile "was associated" with the profile of Avante Capital. (Escher Dep. at 11:3).

6. Mr. Hsieh's "name, position title, office location, work email address, Avante Capital Partner's office phone number, and a link to Hsieh's LinkedIn profile were accessible on the Avante Capital Partners company page" until it was removed on November 4, 2024. (PitchBook Answer to Interrog. No. 7).

7. "[I]t is possible" that a subset of the information on Mr. Hsieh's profile was included on the company profile of Avante Capital during Mr. Hsieh's employment with Avante Capitol. (Escher Dep. at 10:16–20).

8. With respect to whether Mr. Hsieh's profile was "actually viewed" by any PitchBook user "on the Avante Capital profile while Mr. Hsieh was employed there" (Escher Dep. at 13:18–22), it is "possible" but "[l]ike any visitor to a web page, it's not always possible to understand what somebody saw" (Escher Dep. at 14:11–17).

9. In response to this lawsuit, PitchBook has not changed anything in terms of the user experience of free trial users. (Escher Dep. at 30:17–21).

By: /s/ Glenn L. Hara

Glenn L. Hara
Wallace C. Solberg
Brian J. Wanca
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
(847) 368-1500
ghara@andersonwanca.com
wsolberg@andersonwanca.com
bwanca@andersonwanca.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

/s/ Glenn L. Hara