**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JAMES HSIEH, an Illinois resident, individually and as the representatives of a class of similarly situated persons, | ) | Case No. 1:24-cv-12454 |
| Plaintiff, | ) | Hon. April M. Perry |
| v. | ) | Magistrate Judge Jeffrey T. Gilbert |
| PITCHBOOK DATA, INC., a Delaware corporation, | ) | |
| Defendant. | ) | |

**APPENDIX OF EXHIBITS TO**
**PLAINTIFF'S L.R. 56.1(b)(3) STATEMENT OF ADDITIONAL MATERIAL FACTS**
**IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

| | |
|---|---|
| Exhibit A | Deposition of PitchBookData, Inc.'s Rule 30(b)(6) Representative July 10, 2025 (Peter Esher, Chief Data Operations Officer) |
| Exhibit B | Defendant PitchBook Data, Inc's Responses and Objections To Plaintiff's First Set of Interrogatories (May 23, 2025) |

# EXHIBIT A

## Deposition of PitchBook Data, Inc.'s Rule 30(b)(6) Representative

## July 10, 2025

## Peter Escher, Chief Data Operations Officer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES HSIEH, an Illinois resident, individually and as the representatives of a class of similarly situated persons, | ) |
| Plaintiffs, | ) No. 1:24-cv-12454 |
| -vs- | ) |
| PITCHBOOK DATA, INC., a Delaware corporation, | ) |
| Defendant. | ) |

Rule 30(b)(6) deposition of PITCHBOOK DATA, INC., by and through its corporate representative, PETER ESCHER, taken via videoconference before Donna L. Policicchio, C.S.R., and Notary Public, pursuant to the Federal Rules of Civil Procedure for the United States District Courts pertaining to the taking of depositions, commencing at 12:05 p.m. CDT, on the 10th day of July, 2025.

APPEARANCES: (Via videoconference)
ANDERSON + WANCA by
MR. GLENN L. HARA
3701 Algonquin Road
Suite 500
Rolling Meadows, Illinois 60008
(847) 368-1500
ghara@andersonwanca.com
on behalf of the Plaintiffs;
SIDLEY AUSTIN LLP by
MS. KATHLEEN L. CARLSON
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000
kathleen.carlson@sidley.com

on behalf of the Defendant.

ALSO PRESENT: (Via videoconference)

Mr. Kyle Hulten
Mr. Ashton Rezayat
* * * * * *



RULE 30(b)(6) DEPOSITION OF
PITCHBOOK DATA, INC.
July 10, 2025


| EXAMINATION BY: | PAGE |
|---|---|
| Mr. Hara | 4 |


* * * * * *

INDEX OF EXHIBITS


| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 1 | Plaintiff's Amended Notice of Taking Rule 30(b)(6) Deposition | 8 |
| Exhibit 2 | Declaration of Peter Escher, no exhibits | 8 |
| Exhibit 3 | Escher Declaration Exhibit A | 14 |
| Exhibit 4 | Escher Declaration Exhibit B | 15 |
| Exhibit 5 | Escher Declaration Exhibit C | 16 |
| Exhibit 6 | Escher Declaration Exhibit D | 23 |
| Exhibit 7 | Escher Declaration Exhibit E | 26 |


(Exhibits are attached.)
* * * * * *



PETER ESCHER,
called as a witness herein, having been first duly sworn, was examined upon oral interrogatories and testified as follows:

EXAMINATION

BY MR. HARA:

Q Good afternoon, sir. Could you please state your name and spell it for the record.

A My name is Peter Escher, P-E-T-E-R; last name, E-S-C-H-E-R.

Q Okay. Let the record reflect this is the deposition of the defendant, PitchBook Data, Inc., taken pursuant to notice, the Rules of Civil Procedure, and the local rules of the Northern District of Illinois.

Good morning, Mr. Escher. My name is Glenn Hara. I'm one of the attorneys representing the plaintiff in this matter. Just to reduce any confusion up front and for the court reporter's benefit, the plaintiff in this case is James Hsieh. It's spelled H-S-I-E-H. It's pronounced say, like S-A-Y. So when we talk about Mr. Hsieh, it's the H spelling.

Mr. Escher, I'm going to go over a couple of



ground rules.

Have you ever given a deposition before?

A I have not.

Q Okay. So my job is to ask the questions as clearly as I can. Your job is to answer them truthfully. Everything we say is being written down by the court reporter. The court reporter cannot do that effectively if two or more people are talking at the same time, so I need you to wait until I finish my question to give your answer just like I need to wait until you're done with your answer before I ask the next question. Is that fair?

A Yes.

Q Another thing, the court reporter can't write down gestures, hand gestures, you know, nods of the head, that sort of thing, so all answers have to be spoken.

If I ask a question that you do not understand, let me know. I will attempt to rephrase it so that you do understand.

If you need a break during this deposition, although I don't expect it to be very long, that's fine, just let us know, but not if there is a question pending. If I ask a question, then we need

to answer the question and then we can take a break.

After I ask a question, PitchBook's or your attorneys, PitchBook's attorneys may state an objection. Let the attorney finish their objection, but unless there is an instruction for you not to answer the question, then as long as you understand the question, please answer it.

We already discussed before we went on the record that there are a couple other people in the room with you, and your physical location -- so I'll just ask you again to put it on the record. Where are you physically today?

A Seattle, Washington.

Q Okay. And there are two in-house attorneys for PitchBook in the room with you, is that correct?

A That is correct.

Q I have their names as Kyle Hulten, H-U-L-T-E-N, and Ashton Rezayat, R-E-Z-A-Y-A-T. Is that correct?

A That is correct.

Q Okay. Great. Sir, are you currently employed?

A Yes.

Q And by whom are you employed?



A PitchBook.

Q And what's your role at PitchBook today?

A I'm the chief data operations officer.

Q How long have you had that position?

A Since 2024, July.

Q Were you with PitchBook before July of 2024?

A Yes.

Q And what was your role then?

A The role that I'll explain to you is all in the same department of data operations. I started in 2018 January within data operations as a director and then over time ascended to chief data operations officer, going from director to senior director to VP to chief data operations officer.

Q Your role immediately before your current role was vice-president of --

A That is correct.

Q Is it vice-president of something?

A Of data operations.

Q Okay. What are your duties in your current role at PitchBook?

A Data operations as a team is responsible for sourcing and collecting data. My job is to oversee the team. It is a global team, about 2,000 in head



count, across various sites and time zones.

(Exhibit 1 was marked.)

BY MR. HARA:

Q Mr. Escher, I am going to attempt to share with everyone, although I don't have it here -- there we are -- some documents that I would like to show you.

Do you have up on your screen Plaintiff's Exhibit 1, Notice of Rule 30(b)(6) Deposition?

A I do.

Q Great. Are you familiar with this document?

A I have some familiarity with it.

Q Do you see on pages 2 and 3 that I'm showing to you here there are several topics that the plaintiff is seeking PitchBook's testimony on. I see seven.

Do you see seven topics there?

A On my screen I see seven, yes.

Q Is it your understanding that you're here to provide testimony on behalf of PitchBook as to the topics listed here in this notice?

A Yes.

(Exhibit 2 was marked.)



BY MR. HARA:

Q I'm going to show you what I've previously marked as Plaintiff's Exhibit 2. This is the cover page, Plaintiff's Exhibit 2, the declaration of Peter Escher without exhibits.

Do you recognize this document?

A Yes.

Q And this is a declaration that you submitted in connection with this case, is that correct?

A Yes.

Q I'm going to ask a few -- I'm not going to ask you about every sentence of this declaration, but there are a few questions I want to ask. In paragraph 3 this is explaining how PitchBook works in terms of running searches for people or entities. The last sentence in this paragraph says, A subset of the information from an individual's profile also may be included on the company profile of their employer.

Can you explain what that means?

A Yes.

Q And what does it mean?

A It means that within the PitchBook product experience the individual's profile will be linked to the entity that that individual is connected with.

Page 10

Q And we're going to -- we'll get into this in more detail later, but -- well, it's actually in the next paragraph. In paragraph 4 it explains that the plaintiff's employer at the time in 2001 was Avante Capital Partners. And so I think what you're telling me is that after Mr. Hsieh's information -- after a profile was created for Mr. Hsieh on PitchBook, his information would have been associated with or linked to the -- to Avante Capital Partners, is that accurate?
A That is accurate.
Q So does that mean that it's possible that a subset of the information on Mr. Hsieh's profile was included on the company profile of Avante Capital?
A Could you repeat the question.
Q Yeah. Does that mean that it's possible that a subset of the information on Mr. Hsieh's profile was included on the company profile of Avante Capital?
A Yes, it is possible.
Q It's possible. But you cannot say for sure -- tell me if I'm wrong. Can you say for certain whether it was associated with the Avante Capital profile or whether Mr. Hsieh's profile was

Page 11

not associated with Avante Capital?
MS. CARLSON: Objection.
A It was associated.
BY MR. HARA:
Q Okay. Are there records that would show whether a PitchBook user who looked at the profile of Avante Capital while Mr. Hsieh was employed by Avante Capital actually saw Mr. Hsieh's information while looking at the Avante Capital profile?
A We would have information on if there was some sort of engagement directly with the profile. However, there are other instances where we may not have a record.
Q And did you look -- so there is two kinds of categories there. You would have info on it if there was direct engagement with the profile, and then there are other instances where there might not be a record of it. What I'd like to ask is whether you looked for records about the first kind of scenario where there was a direct engagement with the profile and there's some record of whether Mr. Hsieh's information was viewed on the Avante Capital profile.
MS. CARLSON: I'm sorry. Glenn, just to clarify, when you say "the profile," I wasn't clear whether

Page 12

this might be just -- I think Peter might have said it too, but when you were talking about "the profile," are you talking about the Avante profile or Mr. Hsieh's profile?
MR. HARA: We should take -- let me take two steps back.
MS. CARLSON: Okay.
BY MR. HARA:
Q Mr. Escher, when you said PitchBook would have information on it if there was a direct engagement with the profile, were you talking about the Avante Capital profile or Mr. Hsieh's profile?
A Mr. Hsieh's profile.
Q And how would that happen? Would that be somebody looking at Avante Capital's profile, seeing information, limited information or a subset of information about Mr. Hsieh, and then clicking on Mr. Hsieh's name? Is that how that would work?
A Is your question about how one might access Mr. Hsieh's profile?
Q Sure. But if you're looking at the Avante Capital profile while Mr. Hsieh was employed there, how would you get from the Avante Capital profile to Mr. Hsieh's profile?

Page 13

A Sure. So there are many ways to get to a profile. If one was on Avante Capital's profile page, they would see a fair amount of information on the fund, and one of the areas is called management or something similar to that, and at that point you would have the opportunity to discover the profile of any individual associated with Avante Capital.
Q Even if that person was not a manager?
A Yes. We have methodology that prescribes who we add to a company's profile, so they do not have to be a manager for us to add their information. Management is a general or generic term.
Q Without clicking on the management tab, if you were just looking at the Avante Capital Partners profile, would you see the names of employees just on the company profile?
A You would see some, yes, just by scrolling.
Q Do you know if Mr. Hsieh's profile was actually viewed -- Mr. Hsieh's information was included on the Avante Capital profile while Mr. Hsieh was employed there?
A No, I do not have that information.
Q You don't know if that was the case or if that wasn't the case, is that fair to say?

A Could you repeat the question.
Q Yeah. You can't say whether Mr. Hsieh's information was on the Avante Capital profile or that it wasn't on the Avante Capital profile?
A I feel like you're asking a separate question there than the first one. Which question are you asking me, if it was visible or if it was there?
Q Yeah, if it would have been visible without taking any further steps, if you were just looking at Avante Capital during the time that Mr. Hsieh was employed there, it's possible you would have seen Mr. Hsieh's name or other information, but it's also possible you wouldn't have is what I think you're saying, you're just not sure.
A Yeah, that's correct. Like any visitor to a web page, it's not always possible to understand what somebody saw.
(Exhibit 3 was marked.)
BY MR. HARA:
Q Sir, I am going to move to Plaintiff's Exhibit 3, Escher Declaration Exhibit A.
Do you see that?
A I do.
Q I'm going to scroll down here, and I'm going to rotate it so we can read it without craning our necks. Your declaration says, and correct me if I'm wrong, that this is information that -- this is information that Avante Capital sent to PitchBook about Mr. Hsieh, is that accurate?



A That is accurate.
Q And what I see here is Mr. Hsieh's last name, his first name, his title as an associate at Avante Capital, and then his e-mail address at Avante Capital.
Is that the extent of the information here?
A Yes.
(Exhibit 4 was marked.)
BY MR. HARA:
Q And then the third page is blank. I'm going to move to Exhibit 4, Escher Declaration Exhibit B.
Do you see that on your screen?
A I do.
Q We have some what looks to me like e-mail correspondence between people at Avante Capital Partners and PitchBook employees, and I believe your declaration says that this is the e-mail with which Exhibit 3, the last information we looked at, was sent to PitchBook. Is that accurate?



A That is accurate.
(Exhibit 5 was marked.)
BY MR. HARA:
Q And now I'm on to Exhibit 5. Can you explain -- here, wait. Let me go up. I have Plaintiff's Exhibit 5, the Escher Declaration Exhibit C.
Do you see that on your screen?
A I do.
Q And I'm going to scroll down. And, once again, I'm going to rotate this page so we can look at it. I'm looking at here on PitchBook -- what's Bates labeled PitchBook 00007. The very first entry here, it says it was on February 15, 2021, and it says the data point is full biography.
Do you see that entry?
A I do.
Q And then here there is information about Mr. Hsieh. He serves as an associate at Avante Capital. It talks about what his job responsibilities are. It says that he joined Avante in 2021. Just other biographical information. Three years of middle-market debt and equity experience. Previously worked elsewhere. I'm not going to read all this.
My question is, this is a lot more information than what we looked at on Exhibit 3 that came from Avante Capital to PitchBook in 2021, and I'm wondering where the information in -- the biographical information in this entry came from. Do you know that?



A Yeah. I'm good at my job.
Q Okay. Great. You're making my job easy then.
So where did this information come from?
A This came from the company's website. So when we receive information -- and the reason why I say we're good at our job is not to be flippant but to say that we go out and we do what is in our job title and research. So in this case Abhay Menon went to the website. It's publicly available.
Q Abhay Menon. So that's "updated by." That's the name of the PitchBook employee who pulled that information from the Avante Capital website?
A Correct.
Q Could you explain what these other entries on 2/15 are in general. I don't need to go one by one, but it looks like Abhay Menon did other tasks or

other things, and I'm just wondering if you can tell me generally what these are.

A Yeah. So the researcher here is Abhay Menon. The left-hand column are the time stamps. We track what was entered and when so we have change logs over time and understand when data was entered and how that it changed. Starting at the bottom -- I won't go through it all, but because you asked, the first thing that Abhay did was enter the e-mail under primary e-mail there at the bottom of the page. He then hit publish, which would then enable this to be published to our front end, and then he entered in other information.

The only thing I'll note here is that the LinkedIn came also from the website of Avante Capital. The -- or, I guess, finally, if you're curious about the versions, those are essentially when researchers save or auto-save kicks in. We just track using a code the different versions, again, so that we can see how data changes over time.

Q And the first entry here is February 15, 2021, which, correct me if I'm wrong, that's when Mr. Hsieh's profile was created on PitchBook, is that correct?



MS. CARLSON: Glenn, I'm sorry, you keep saying -- I think you said this before, and just to correct you, you said first entry, but, I mean, I think it starts -- the first entry is actually the bottom one, right, because that says 11:35, and then this one at the top says 11:37 so -- I'm not sure it matters. Just for clarity, I think it starts from the bottom and goes up.

MR. HARA: Okay. Fair enough, yeah.

BY MR. HARA:

Q All the entries on this page appear to be February 15, 2021. So my question is, is it correct that Mr. Hsieh's PitchBook profile was created on February 15, 2021?

A Yes.

Q And then on the previous page, PitchBook -- what is Bates stamped PitchBook 000006, starting from the bottom of the page, there is another entry on 2/15 where Abhay Menon did something, and then the next entry chronologically after that is on June 6, 2023. Is that accurate?

A That is accurate.

Q And can you tell me -- actually, all the rest of these entries before the one in November 2024 were



on 6/6/2023.

Can you explain what happened on 6/6/2023?

A I can.

Q And what happened on June 6, 2023?

A So we looked at the Avante Capital profile, which we have different trigger events to do that. We on that date learned that he was no longer associated with the company based on the website, so what you see there on the second line from the bottom at 8:14, Vidhi Thakker, now a different researcher, put in the internal notes, which is just backend facing, not publishing notes, that he formered the management. You can see that in the internal notes field, again, second line from the bottom. And then as he did that, he updated the profile to be in the past tense on the bio status of former, so now one, two, three, four rows up, cleared the e-mail, because if somebody is no longer at the entity, we assume the e-mail is no longer valid, but we do put the e-mail in the position of former. It doesn't publish. We just have it there for our own internal reference. That's what happened on June 6.

Q And I see in those -- in the biography that's in, for example, the third line -- the third entry



from the top of the page, I see the tenses are changed. Mr. James Hsieh served as an associate of Avante, not serves.

So that's part of the change that was made to make it all past tense, correct?

A That is correct.

Q And then the last entry in this exhibit chronologically, which is the one at the top of the page, is November 4, 2024, and the final value there is "do not publish."

Can you explain what that means?

A I can.

Q What does that mean?

A "Do not publish" means that the profile will not publish to any of our customers and will no longer be visible.

Q Why did PitchBook make that change?

MS. CARLSON: So -- hold on a second, Peter. I'm going to object to that question and instruct you not to answer on attorney-client privilege grounds.

BY MR. HARA:

Q Does -- did that change, Mr. Escher, have anything to do with something that PitchBook researchers found out about Mr. Hsieh online, like a

Page 22

change in employment, how they changed his profile on June 6, 2023?
A Say the question again. Is it because of --
Q Yeah. Is it because of something that PitchBook researchers discovered, like how they discovered that he was no longer employed at Avante Capital on June 6, 2023?
A I could not say.
Q Who is Andrew Cespedes?
A Andrew is a researcher on my team.
Q On November 4, 2024, would Andrew Cespedes have had authority to just change a profile to "do not publish" on his own?
A Authority, yes.
Q I want to jump back to your declaration for a moment. I want to look -- direct your attention to paragraph 8. The second to the last sentence of this paragraph, it reads, As a registered user, Mr. Hsieh would have had full access to PitchBook's platform, including its search functions.
Did I read that correctly?
A Yes.
Q Would that full access include access to information about fund returns, and by that I mean

Page 23

performance metrics for mutual funds, exchange-traded funds or hedge funds, if you know.
A It would have included the last hedge fund return information.
Q But not fund returns for mutual funds or exchange-traded funds, is that correct?
A That is correct.
Q And information about fund returns for mutual funds or exchange-traded funds, is that available to other users on PitchBook?
A We do not track mutual fund return data.
(Exhibit 6 was marked.)
BY MR. HARA:
Q I'm going to move to what we've marked as -- excuse me, let me get to the top here -- Plaintiff's Exhibit 6, the Escher Declaration Exhibit D.
Do you have that on your screen?
A I do.
Q And, again, I'm going to rotate this. So I am not going to go through this line by line. There are dozens, maybe hundreds of entries of the account associated with James Hsieh at Avante Capital. Looking where the description is, newsletter view, user opens the newsletter e-mail.

Page 24

What newsletter is that, if you know?
A I do know this data is not information that I interacted with, but I will try my best. So this is backend information that shows the user engaging with the PitchBook suite of services, and in this case the user it looks like is opening our daily newsletter delivered to James's e-mail address; in this case, his work e-mail address.
Q So correct me if I'm wrong, this is telling us that Mr. Hsieh opened the e-mail that contained the daily PitchBook newsletter, is that right?
A Yes.
Q He wouldn't have had to log into PitchBook to read that, it's something he received in his e-mail inbox, correct?
A Correct.
Q I'm just scrolling down until we find something new or different. And the next different entry I see is October 11, 2023. There is a new login by jameshsieh0@uchicago.edu.
Do you see that there?
A I do.
Q And I'll represent to you, if you don't already know, that Mr. Hsieh attended the University

Page 25

of Chicago Business School during --
A Impressive. Congrats to him.
Q So that's what this reflects, though. Onboarding means he's starting a new account with a new e-mail address, is that correct?
A Based on what you just told me, it sounds like that is correct, that he is at the University of Chicago. I see the name there. And, yes, he's engaging with our product experience, which is behind a login.
Q Now, when somebody has a university student account, do they generally have -- not generally -- do they have the same access that somebody working at Avante Capital would have had on PitchBook?
A Yes.
Q I'm scrolling through the entries made using the University of Chicago account. Until we get to what appears to me to be the last entry chronologically is on September 28, 2024.
Does that seem correct?
A Yeah, that's correct.
Q And this is, correct me if I'm wrong -- PitchBook entered that "do not publish" line for Mr. Hsieh's profile in November of 2024, so this last

Page 26

login is before that, is that correct?
A Yes. September is before November.
(Exhibit 7 was marked.)
BY MR. HARA:
Q I want to ask you about what I've marked as Plaintiff's Exhibit 7. It's the Escher Declaration Exhibit E.
Do you have that on your screen?
A I do.
Q Again, I'm going to rotate this document. Can you explain what this document is?
A Yes. This is a log of looks like information about users who interacted with Mr. Hsieh's profile.
Q It appears to me, Mr. Escher, that -- I'm looking at the event date column on the left, and it seems to me there was one log event recorded in 2021. That was April 5, 2021. Is that correct?
A Yes.
Q And the event code there is VPP, Victor, Philadelphia, Philadelphia.
Can you explain what VPP means?
A I cannot.
Q And then I'm just going to go column by column. PB user ID I assume means PitchBook user ID.

Page 27

Does that make sense?
A Yes.
Q And then there is a number in each row under this column, and I assume that that corresponds to a PitchBook user. The number doesn't mean anything to me, but I assume PitchBook could figure out the name and other information of this user based on this PB user ID, is that correct?
A Yes. Last three columns to the right there is first and last name and e-mail as well.
Q Right. So in these last three columns that you referred to, for each of the rows the PB user first name, PB user last name, and PB user e-mail are all redacted except for in the e-mails they say dot-com or dot something that ends in a D, is that correct?
A That's the redaction, correct.
MS. CARLSON: Just for clarity, Glenn, I mean, these are redacted because we filed it on the public docket and didn't want to unnecessarily review other people's names.
MR. HARA: Yeah.
MS. CARLSON: If it's important at all, we're happy to have a discussion about it, but I don't know

Page 28

that it is.
MR. HARA: Yeah. I mean, I really only have one question about that, the redactions, and it's this. The last three entries, the bottom three entries are done on a PB license type of university student, and they all seem to be the same PB license ID and the same PB user ID.
So all I want to know is, this PB user for these last three entries is not James Hsieh, is it?
MS. CARLSON: I'm 99.9 percent positive it is not, but we can double-check that and let you know if that was wrong, but I'm almost positive it's not.
MR. HARA: Okay.
BY MR. HARA:
Q Otherwise, Mr. Escher, I have, let's see, one, two, three, four, five -- I have five entries in 2022, and then I have seven entries in 2023.
Does that sound about right to you?
A Yes, the number of entries sounds right to me.
Q And the license type I see seat based for many of them.
What does seat based mean?
A There is an explanation for this, I think, in

Page 29

this document, but seat based is the type of seat sharing or seat access that we get. So if a seat -- the license is seat based, it means it's ranked to a number of seats, which is essentially number of users. If it is unlimited, this refers to an enterprise license where, say, a larger enterprise would for one dollar figure, we would give them in return unlimited number of seat access points for PitchBook.
Q Now, just between seat based and unlimited license types, is there a difference on what a user can access on PitchBook depending on whether they're seat based or unlimited?
A There is no difference.
Q And I think we already discussed this, but I believe you said it's the same with someone with a PB license type of university student.
They all have access to the same information, is that correct?
A Yeah, that is correct.
Q With these other event codes, do you know what any of these mean? We talked about VPP and, fair enough, you didn't know what that was.
Do you know what PROFNAV or any of these

other event codes refer to?

A I could speculate, but I do not.

Q Yeah, don't speculate. That's fine.

Mr. Escher, has PitchBook changed anything in response to the filing of this lawsuit?

MS. CARLSON: Objection. Form, foundation, also outside the scope of this notice.

Peter, you can answer if you know in your individual capacity.

A Was the question have we changed anything?

BY MR. HARA:

Q Yes.

A Not that I am aware of, no. I mean, other than my schedule changed. I mean, is that what you mean, I'm here today, I was supposed to be in other meetings?

Q No. I'll be more specific. Has PitchBook changed anything in response to this lawsuit in terms of the user experience of free trial users?

MS. CARLSON: Same objection --

A No.

MS. CARLSON: -- and same caveat about answering in his individual capacity.

MR. ESCHER: I'm sorry. I spoke over you.



THE COURT REPORTER: I'm sorry. Who is speaking?

THE WITNESS: Peter Escher said I spoke over Kathleen, and I said no in response to the question.

MR. HARA: Okay. I am going to -- I would like to take, you know, two or three minutes just to go over my notes, and I might have a few more questions, but we are either done or not very far from done. Okay, Kathleen?

MS. CARLSON: That's fine. And before we go off for one second, I did confirm just with 100 percent clarity that those accounts are not Mr. Hsieh, the last three lines that you asked about on Exhibit 7.

MR. HARA: Right. I'll be back in a couple minutes.

MS. CARLSON: Okay. Thanks.

(Brief recess was taken.)

MR. HARA: I have no further questions for the witness.

MS. CARLSON: Okay. I have no questions. We'll just reserve signature and regular delivery on the transcript, please.

(Whereupon the deposition concluded at 12:50 p.m. CDT on the 10th day of July, 2025.)



STATE OF ILLINOIS )
) ss:
COUNTY OF C O O K )

The within and foregoing deposition of the aforementioned witness was taken before DONNA L. POLICICCHIO, C.S.R., and Notary Public, at the place, date, and time aforementioned.

There were present during the taking of the deposition the previously named counsel.

The said witness was first duly sworn and was then examined upon oral interrogatories; the questions and answers were taken down in shorthand by the undersigned, acting as stenographer and Notary Public; and the within and foregoing is a true, accurate, and complete record of all of the questions asked of and answers made by the aforementioned witness, at the time and place hereinabove referred to.

The signature of the witness was not waived, and the deposition was submitted, pursuant to Rules 30(e) and 32(d) of the Rules of Civil Procedure for the United States District Court, to the deponent per copy of the attached letter.

The undersigned is not interested in the within case, nor of kin or counsel to any of the parties.



Witness my official signature and seal as Notary Public in and for Cook County, Illinois, on this 13th day of July, A.D. 2025.

Donna L. Policicchio

DONNA L. POLICICCHIO, C.S.R.
License No. 084-003740
Notary Public
One North Franklin Street
Suite 2100
Chicago, Illinois 60606
Phone: (312) 442-9087

Veritext Legal Solutions
1100 Superior Ave
Suite 1820
Cleveland, Ohio 44114
Phone: 216-523-1313

July 13, 2025

To: Kathleen L. Carlson, Esq.

Case Name: Hsieh, James v. Pitchbook Data, Inc.

Veritext Reference Number: 7417709

Witness: Peter Escher Deposition Date: 7/10/2025

Dear Sir/Madam:

Enclosed please find a deposition transcript. Please have the witness review the transcript and note any changes or corrections on the included errata sheet, indicating the page, line number, change, and the reason for the change. Have the witness' signature notarized and forward the completed page(s) back to us at the Production address shown above, or email to production-midwest@veritext.com.

If the errata is not returned within thirty days of your receipt of this letter, the reading and signing will be deemed waived.

Sincerely,
Production Department

NO NOTARY REQUIRED IN CA



DEPOSITION REVIEW
CERTIFICATION OF WITNESS

ASSIGNMENT REFERENCE NO: 7417709
CASE NAME: Hsieh, James v. Pitchbook Data, Inc.
DATE OF DEPOSITION: 7/10/2025
WITNESS' NAME: Peter Escher

In accordance with the Rules of Civil Procedure, I have read the entire transcript of my testimony or it has been read to me.

I have made no changes to the testimony as transcribed by the court reporter.

______________ _______________________
Date Peter Escher

Sworn to and subscribed before me, a Notary Public in and for the State and County, the referenced witness did personally appear and acknowledge that:

They have read the transcript;
They signed the foregoing Sworn Statement; and
Their execution of this Statement is of their free act and deed.

I have affixed my name and official seal

this ______ day of____________________, 20____.

_________________________________
Notary Public

_________________________________
Commission Expiration Date



DEPOSITION REVIEW
CERTIFICATION OF WITNESS

ASSIGNMENT REFERENCE NO: 7417709
CASE NAME: Hsieh, James v. Pitchbook Data, Inc.
DATE OF DEPOSITION: 7/10/2025
WITNESS' NAME: Peter Escher

In accordance with the Rules of Civil Procedure, I have read the entire transcript of my testimony or it has been read to me.

I have listed my changes on the attached Errata Sheet, listing page and line numbers as well as the reason(s) for the change(s).

I request that these changes be entered as part of the record of my testimony.

I have executed the Errata Sheet, as well as this Certificate, and request and authorize that both be appended to the transcript of my testimony and be incorporated therein.

______________ _______________________
Date Peter Escher

Sworn to and subscribed before me, a Notary Public in and for the State and County, the referenced witness did personally appear and acknowledge that:

They have read the transcript;
They have listed all of their corrections in the appended Errata Sheet;
They signed the foregoing Sworn Statement; and
Their execution of this Statement is of their free act and deed.

I have affixed my name and official seal
this ______ day of____________________, 20____.

_________________________________
Notary Public

_________________________________
Commission Expiration Date



ERRATA SHEET
VERITEXT LEGAL SOLUTIONS MIDWEST
ASSIGNMENT NO: 7417709

PAGE/LINE(S) / CHANGE /REASON

______________________________________________________
______________________________________________________
______________________________________________________
______________________________________________________
______________________________________________________
______________________________________________________
______________________________________________________
______________________________________________________
______________________________________________________
______________________________________________________
______________________________________________________
______________________________________________________
______________________________________________________
______________________________________________________
______________________________________________________

________________ __________________________
Date Peter Escher

SUBSCRIBED AND SWORN TO BEFORE ME THIS ________
DAY OF _________________________, 20______ .

_____________________________________
Notary Public

_____________________________________
Commission Expiration Date

**0**

**000006** 19:17
**00007** 16:13
**084-003740** 33:9

**1**

**1** 3:8 8:2,9
**10** 3:2
**100** 31:10
**10th** 1:18 31:23
**11** 24:19
**1100** 34:1
**11:35** 19:5
**11:37** 19:6
**12454** 1:6
**12:05** 1:17
**12:50** 31:23
**13** 34:4
**13th** 33:3
**14** 3:11
**15** 3:12 16:14 18:21 19:12,14
**16** 3:13
**1820** 34:2
**1:24** 1:6

**2**

**2** 3:9 8:13,23 9:3,4
**2,000** 7:24
**2/15** 17:23 19:19
**20** 35:16 36:22 37:22
**2001** 10:4
**20071** 33:8
**2018** 7:11
**2021** 16:14,22 17:4 18:22 19:12,14 26:16 26:17
**2022** 28:17
**2023** 19:21 20:4 22:2,7 24:19 28:17
**2024** 7:5,6 19:24 21:9 22:11 25:19,24
**2025** 1:18 3:2 31:24 33:3 34:4
**2100** 33:10
**216-523-1313** 34:3
**23** 3:14
**26** 3:15
**28** 25:19

**3**

**3** 3:11 8:13 9:14 14:18,21 15:23 17:3
**30** 1:11 3:1,8 8:9 32:19
**312** 2:9 33:11
**32** 32:20
**368-1500** 2:4
**3701** 2:3

**4**

**4** 3:4,12 10:3 15:13,16 21:9 22:11
**44114** 34:2
**442-9087** 33:11

**5**

**5** 3:13 16:2,4,6 26:17
**500** 2:3

**6**

**6** 1:11 3:1,8,14 8:9 19:20 20:4 20:22 22:2,7 23:12,16
**6/6/2023** 20:1,2
**60008** 2:4
**60603** 2:8
**60606** 33:11

**7**

**7** 3:15 26:3,6 31:12
**7/10/2025** 34:8 35:3 36:3
**7417709** 34:7 35:2 36:2 37:2

**8**

**8** 3:8,9 22:17
**847** 2:4
**853-7000** 2:9
**8:14** 20:10

**9**

**99.9** 28:10

**a**

**a.d.** 33:3
**abhay** 17:16,18 17:24 18:3,9 19:19
**above** 34:17
**access** 12:19 22:19,23,23 25:13 29:2,8 29:12,18
**accordance** 35:5 36:5
**account** 23:21 25:4,12,17
**accounts** 31:11
**accurate** 10:10 10:11 15:5,6 15:24 16:1 19:21,22 32:14
**acknowledge** 35:11 36:16
**act** 35:14 36:20
**acting** 32:13
**actually** 10:2 11:8 13:19

19:4,23
**add** 13:10,11
**address** 15:9 24:7,8 25:5 34:15
**affixed** 35:15 36:21
**aforemention...** 32:5,7,16
**afternoon** 4:7
**algonquin** 2:3
**amended** 3:8
**amount** 13:3
**anderson** 2:2
**andersonwan...** 2:5
**andrew** 22:9,10 22:11
**answer** 5:5,10 5:11 6:1,6,7 21:20 30:8
**answering** 30:22
**answers** 5:16 32:12,15
**appear** 19:11 35:11 36:15
**appearances** 2:1
**appears** 25:18 26:14
**appended** 36:11,18
**april** 26:17
**areas** 13:4
**ascended** 7:12
**ashton** 2:13 6:18
**asked** 18:8 31:12 32:15
**asking** 14:5,7
**assignment** 35:2 36:2 37:2
**associate** 15:8 16:19 21:2
**associated** 10:8 10:23 11:1,3 13:7 20:8 23:22
**assume** 20:18 26:24 27:4,6
**attached** 3:16 32:22 36:7
**attempt** 5:19 8:4
**attended** 24:24
**attention** 22:16
**attorney** 6:4 21:20
**attorneys** 4:17 6:3,3,14
**austin** 2:7
**authority** 22:12 22:14
**authorize** 36:11
**auto** 18:18
**available** 17:17 23:9
**avante** 10:4,9 10:14,18,23 11:1,7,7,9,22 12:3,12,15,21 12:23 13:2,7 13:14,20 14:3 14:4,10 15:4,8 15:9,20 16:19 16:21 17:4,20 18:15 20:5 21:3 22:6 23:22 25:14
**ave** 34:1
**aware** 30:13

**b**

**b** 1:11 3:1,8,12 8:9 15:16
**back** 12:6 22:15 31:13 34:15
**backend** 20:11 24:4
**based** 20:8 25:6 27:7 28:21,23 29:1,3,10,13
**bates** 16:13 19:17
**behalf** 2:6,10 8:20
**believe** 15:21 29:16
**benefit** 4:20
**best** 24:3
**bio** 20:16
**biographical** 16:22 17:6
**biography** 16:15 20:23
**blank** 15:15
**bottom** 18:7,10 19:5,8,18 20:9 20:14 28:4
**break** 5:21 6:1
**brief** 31:16
**business** 25:1

**c**

**c** 3:13 4:10 16:7 32:2
**c.s.r.** 1:14 32:6 33:8
**ca** 34:24
**called** 4:2 13:4
**capacity** 30:9 30:23
**capital** 10:5,9 10:14,19,24 11:1,7,8,9,22 12:12,22,23 13:7,14,20 14:3,4,10 15:4 15:9,10,20 16:20 17:4,20

18:16 20:5 22:7 23:22 25:14
**capital's** 12:15 13:2
**carlson** 2:7 11:2,23 12:7 19:1 21:18 27:18,23 28:10 30:6,20,22 31:9,15,19 34:5
**case** 4:20 9:9 13:23,24 17:16 24:5,7 32:24 34:6 35:3 36:3
**categories** 11:15
**caveat** 30:22
**cdt** 1:17 31:23
**certain** 10:23
**certificate** 36:11
**certification** 35:1 36:1
**cespedes** 22:9 22:11
**change** 18:5 21:4,17,22 22:1,12 34:13 34:14 36:8 37:3
**changed** 18:7 21:2 22:1 30:4 30:10,14,18
**changes** 18:20 34:12 35:7 36:7,9
**check** 28:11
**chicago** 2:8 25:1,8,17 33:11
**chief** 7:3,12,14
**chronologica...** 19:20 21:8 25:19
**civil** 1:15 4:13 32:20 35:5 36:5
**clarify** 11:23
**clarity** 19:7 27:18 31:11
**class** 1:4
**clear** 11:24
**cleared** 20:17
**clearly** 5:5
**cleveland** 34:2
**clicking** 12:17 13:13
**client** 21:20
**code** 18:19 26:19
**codes** 29:21 30:1
**collecting** 7:23
**column** 18:4 26:15,23,24 27:4
**columns** 27:9 27:11
**com** 27:15
**come** 17:11
**commencing** 1:17
**commission** 35:19 36:25 37:25
**company** 9:18 10:14,18 13:16 20:8
**company's** 13:10 17:12
**complete** 32:14
**completed** 34:15
**concluded** 31:22
**confirm** 31:10
**confusion** 4:19
**congrats** 25:2
**connected** 9:24
**connection** 9:9
**contained** 24:10
**cook** 33:2
**copy** 32:21
**corporate** 1:12
**corporation** 1:8
**correct** 6:15,16 6:19,20 7:17 9:9 14:15 15:2 17:21 18:22,24 19:3,12 21:5,6 23:6,7 24:9,15 24:16 25:5,7 25:20,21,22 26:1,17 27:8 27:16,17 29:19 29:20
**corrections** 34:12 36:17
**correctly** 22:21
**corresponden...** 15:20
**corresponds** 27:4
**counsel** 32:9,24
**count** 8:1
**county** 32:2 33:2 35:10 36:15
**couple** 4:24 6:9 31:13
**court** 1:1 4:19 5:7,7,14 31:1 32:21 35:7
**courts** 1:16
**cover** 9:3
**craning** 15:1
**created** 10:7 18:23 19:13
**curious** 18:17
**current** 7:15,20
**currently** 6:21

**customers** 21:15
**cv** 1:6

**d**

**d** 3:14 23:16 27:15 32:20
**daily** 24:6,11
**data** 1:8,11 3:1 4:12 7:3,10,11 7:12,14,19,22 7:23 16:15 18:6,20 23:11 24:2 34:6 35:3 36:3
**date** 20:7 26:15 32:7 34:8 35:3 35:9,19 36:3 36:13,25 37:20 37:25
**day** 1:18 31:23 33:3 35:16 36:22 37:22
**days** 34:18
**dear** 34:10
**dearborn** 2:8
**debt** 16:23
**declaration** 3:9 3:11,12,13,14 3:15 9:4,8,12 14:21 15:2,16 15:22 16:6 22:15 23:16 26:6
**deed** 35:14 36:20
**deemed** 34:19
**defendant** 1:9 2:10 4:12
**delaware** 1:8
**delivered** 24:7
**delivery** 31:20
**department** 7:10 34:22
**depending** 29:12
**deponent** 32:21
**deposition** 1:11 3:1,8 4:12 5:2 5:21 8:9 31:22 32:4,9,19 34:8 34:11 35:1,3 36:1,3
**depositions** 1:17
**description** 3:7 23:23
**detail** 10:2
**difference** 29:11,14
**different** 18:19 20:6,10 24:18 24:18
**direct** 11:16,20 12:10 22:16
**directly** 11:11
**director** 7:11 7:13,13
**discover** 13:6
**discovered** 22:5,6
**discussed** 6:8 29:15
**discussion** 27:24
**district** 1:1,1 1:16 4:15 32:21
**division** 1:2
**docket** 27:20
**document** 8:11 9:6 26:10,11 29:1
**documents** 8:6
**dollar** 29:7
**donna** 1:14 32:5 33:8
**dot** 27:15,15
**double** 28:11
**dozens** 23:21
**duly** 4:2 32:10
**duties** 7:20

**e**

**e** 3:15 4:9,9,10 4:10,21 6:18 6:18 15:9,19 15:22 18:9,10 20:17,19,19 23:24 24:7,8 24:10,14 25:5 26:7 27:10,13 27:14 32:19
**eastern** 1:2
**easy** 17:9
**effectively** 5:8
**either** 31:7
**email** 34:17
**employed** 6:22 6:24 11:7 12:22 13:21 14:11 22:6
**employee** 17:19
**employees** 13:15 15:21
**employer** 9:18 10:4
**employment** 22:1
**enable** 18:11
**enclosed** 34:11
**ends** 27:15
**engagement** 11:11,16,20 12:11
**engaging** 24:4 25:9
**enter** 18:9
**entered** 18:5,6 18:12 25:23 36:9
**enterprise** 29:6 29:6
**entire** 35:5 36:5
**entities** 9:15

**entity** 9:24 20:18
**entries** 17:22 19:11,24 23:21 25:16 28:4,4,9 28:16,17,19
**entry** 16:13,16 17:6 18:21 19:3,4,18,20 20:24 21:7 24:19 25:18
**equity** 16:23
**errata** 34:13,18 36:7,10,18 37:1
**escher** 1:13 3:9 3:11,12,13,14 3:15 4:1,9,16 4:24 8:4 9:5 12:9 14:21 15:16 16:6 21:22 23:16 26:6,14 28:15 30:4,24 31:2 34:8 35:4,9 36:4,13 37:20
**esq** 34:5
**essentially** 18:17 29:4
**event** 26:15,16 26:19 29:21 30:1
**events** 20:6
**examination** 3:3 4:5
**examined** 4:3 32:11
**example** 20:24
**except** 27:14
**exchange** 23:1 23:6,9
**excuse** 23:15
**executed** 36:10
**execution** 35:14 36:19
**exhibit** 3:7,8,9 3:11,11,12,12 3:13,13,14,14 3:15,15 8:2,9 8:23 9:3,4 14:18,21,21 15:13,16,16,23 16:2,4,6,7 17:3 21:7 23:12,16 23:16 26:3,6,7 31:12
**exhibits** 3:6,10 3:16 9:5
**expect** 5:22
**experience** 9:23 16:23 25:9 30:19
**expiration** 35:19 36:25 37:25
**explain** 7:9 9:19 16:5 17:22 20:2 21:11 26:11,21
**explaining** 9:14
**explains** 10:3
**explanation** 28:24
**extent** 15:11

**f**

**facing** 20:12
**fair** 5:12 13:3 13:24 19:9 29:23
**familiar** 8:11
**familiarity** 8:12
**far** 31:7
**february** 16:14 18:21 19:12,14
**federal** 1:15
**feel** 14:5
**field** 20:14
**figure** 27:6 29:7
**filed** 27:19
**filing** 30:5
**final** 21:9
**finally** 18:16
**find** 24:17 34:11
**fine** 5:23 30:3 31:9
**finish** 5:9 6:4
**first** 4:2 11:19 14:6 15:8 16:13 18:8,21 19:3,4 27:10 27:13 32:10
**five** 28:16,16
**flippant** 17:14
**follows** 4:4
**foregoing** 32:4 32:14 35:13 36:18
**form** 30:6
**former** 20:16 20:20
**formered** 20:12
**forward** 34:15
**found** 21:24
**foundation** 30:6
**four** 20:17 28:16
**franklin** 33:10
**free** 30:19 35:14 36:20
**front** 4:19 18:12
**full** 16:15 22:19 22:23
**functions** 22:20
**fund** 13:4 22:24 23:3,5,8 23:11
**funds** 23:1,2,2 23:5,6,9,9

**further** 14:9 31:17

**g**

**general** 13:12 17:23
**generally** 18:2 25:12,12
**generic** 13:12
**gestures** 5:15 5:15
**ghara** 2:5
**give** 5:10 29:7
**given** 5:2
**glenn** 2:2 4:16 11:23 19:1 27:18
**global** 7:24
**go** 4:24 16:5 17:15,23 18:8 23:20 26:23 31:5,9
**goes** 19:8
**going** 4:24 7:13 8:4 9:2,11,11 10:1 14:20,24 14:24 15:15 16:10,11,24 21:19 23:14,19 23:20 26:10,23 31:4
**good** 4:7,16 17:8,14
**great** 6:21 8:11 17:9
**ground** 5:1
**grounds** 21:20
**guess** 18:16

**h**

**h** 4:10,21,21,22 6:18
**hand** 5:15 18:4
**happen** 12:14
**happened** 20:2 20:4,22
**happy** 27:24
**hara** 2:2 3:4 4:6,17 8:3 9:1 11:4 12:5,8 14:19 15:14 16:3 19:9,10 21:21 23:13 26:4 27:22 28:2,13,14 30:11 31:4,13 31:17
**head** 5:16 7:24
**hedge** 23:2,3
**hereinabove** 32:16
**hit** 18:11
**hold** 21:18
**house** 6:14
**hsieh** 1:3 4:20 4:22 10:7 11:7 12:17,22 13:21 14:10 15:5 16:19 21:2,24 22:18 23:22 24:10,24 28:9 31:11 34:6 35:3 36:3
**hsieh's** 10:6,13 10:17,24 11:8 11:21 12:4,12 12:13,18,20,24 13:18,19 14:2 14:12 15:7 18:23 19:13 25:24 26:13
**hulten** 2:12 6:17
**hundreds** 23:21

**i**

**illinois** 1:1,3 2:4,8 4:15 32:1 33:2,11
**immediately** 7:15
**important** 27:23
**impressive** 25:2
**inbox** 24:15
**include** 22:23
**included** 9:18 10:14,18 13:20 23:3 34:13
**including** 22:20
**incorporated** 36:12
**index** 3:6
**indicating** 34:13
**individual** 9:24 13:7 30:9,23
**individual's** 9:17,23
**individually** 1:4
**info** 11:15
**information** 9:17 10:6,8,13 10:17 11:8,10 11:22 12:10,16 12:16,17 13:3 13:11,19,22 14:3,12 15:3,4 15:11,23 16:18 16:22 17:3,5,6 17:11,13,20 18:13 22:24 23:4,8 24:2,4 26:12 27:7 29:19
**instances** 11:12 11:17
**instruct** 21:19
**instruction** 6:5
**interacted** 24:3 26:13

**interested** 32:23
**internal** 20:11 20:13,21
**interrogatories** 4:3 32:11

**j**

**james** 1:3 4:20 21:2 23:22 28:9 34:6 35:3 36:3
**james's** 24:7
**jameshsieh0** 24:20
**january** 7:11
**job** 5:4,5 7:23 16:20 17:8,9 17:14,15
**joined** 16:21
**july** 1:18 3:2 7:5,6 31:24 33:3 34:4
**jump** 22:15
**june** 19:20 20:4 20:22 22:2,7

**k**

**k** 32:2
**kathleen** 2:7 31:3,8 34:5
**kathleen.carl...** 2:9
**keep** 19:1
**kicks** 18:18
**kin** 32:24
**kind** 11:19
**kinds** 11:14
**know** 5:15,19 5:23 13:18,23 17:7 23:2 24:1 24:2,24 27:24 28:8,11 29:21 29:23,24 30:8 31:5
**kyle** 2:12 6:17

**l**

**l** 1:14 2:2,7 6:18 32:5 33:8 34:5
**labeled** 16:13
**larger** 29:6
**lawsuit** 30:5,18
**learned** 20:7
**left** 18:4 26:15
**legal** 34:1 37:1
**letter** 32:22 34:19
**license** 28:5,6 28:21 29:3,6 29:11,17 33:9
**limited** 12:16
**line** 20:9,14,24 23:20,20 25:23 34:13 36:7 37:3
**lines** 31:12
**linked** 9:23 10:8
**linkedin** 18:15
**listed** 8:21 36:7 36:17
**listing** 36:7
**llp** 2:7
**local** 4:14
**location** 6:10
**log** 24:13 26:12 26:16
**login** 24:20 25:10 26:1
**logs** 18:5
**long** 5:22 6:6 7:4
**longer** 20:7,18 20:19 21:16 22:6
**look** 11:14 16:11 22:16
**looked** 11:6,19 15:23 17:3 20:5
**looking** 11:9 12:15,21 13:14 14:9 16:12 23:23 26:15
**looks** 15:19 17:24 24:6 26:12
**lot** 17:2

**m**

**madam** 34:10
**made** 21:4 25:16 32:15 35:7
**mail** 15:9,19,22 18:9,10 20:17 20:19,19 23:24 24:7,8,10,14 25:5 27:10,13
**mails** 27:14
**make** 21:5,17 27:1
**making** 17:9
**management** 13:4,12,13 20:13
**manager** 13:8 13:11
**marked** 8:2,23 9:3 14:18 15:13 16:2 23:12,14 26:3 26:5
**market** 16:23
**matter** 4:18
**matters** 19:7
**meadows** 2:4
**mean** 9:21 10:12,16 19:3 21:13 22:24 27:5,18 28:2 28:23 29:22

30:13,14,15
**means** 9:19,22 21:11,14 25:4 26:21,24 29:3
**meetings** 30:16
**menon** 17:16 17:18,24 18:3 19:19
**methodology** 13:9
**metrics** 23:1
**middle** 16:23
**midwest** 34:17 37:1
**minutes** 31:5 31:14
**moment** 22:16
**morning** 4:16
**move** 14:20 15:16 23:14
**mutual** 23:1,5 23:8,11

**n**

**n** 6:18
**name** 4:8,9,10 4:16 12:18 14:12 15:7,8 17:19 25:8 27:6,10,13,13 34:6 35:3,4,15 36:3,4,21
**named** 32:9
**names** 6:17 13:15 27:21
**necks** 15:2
**need** 5:9,10,21 5:24 17:23
**new** 24:18,19 25:4,5
**newsletter** 23:23,24 24:1 24:6,11
**nods** 5:15
**north** 33:10
**northern** 1:1 4:14
**notarized** 34:14
**notary** 1:14 32:6,13 33:1,9 34:24 35:10,18 36:15,23 37:23
**note** 18:14 34:12
**notes** 20:11,12 20:13 31:6
**notice** 3:8 4:13 8:9,21 30:7
**november** 19:24 21:9 22:11 25:24 26:2
**number** 27:3,5 28:19 29:4,4,8 34:7,13
**numbers** 36:7

**o**

**o** 32:2,2
**object** 21:19
**objection** 6:4,4 11:2 30:6,20
**october** 24:19
**officer** 7:3,13 7:14
**official** 33:1 35:15 36:21
**ohio** 34:2
**okay** 4:11 5:4 6:14,21 7:20 11:5 12:7 17:9 19:9 28:13 31:4,8,15,19
**onboarding** 25:4
**once** 16:10
**online** 21:24
**opened** 24:10
**opening** 24:6
**opens** 23:24
**operations** 7:3 7:10,11,12,14 7:19,22
**opportunity** 13:6
**oral** 4:3 32:11
**outside** 30:7
**oversee** 7:23
**own** 20:21 22:13

**p**

**p** 4:9
**p.m.** 1:17 31:23
**page** 3:3,7 9:4 13:3 14:16 15:15 16:11 18:10 19:11,16 19:18 21:1,9 34:13,15 36:7 37:3
**pages** 8:13
**paragraph** 9:14,16 10:3,3 22:17,18
**part** 21:4 36:9
**parties** 32:24
**partners** 10:5,9 13:14 15:21
**past** 20:16 21:5
**pb** 26:24 27:7 27:12,13,13 28:5,6,7,8 29:16
**pending** 5:24
**people** 5:8 6:9 9:15 15:20
**people's** 27:21
**percent** 28:10 31:10
**performance** 23:1

**person** 13:8
**personally** 35:11 36:15
**persons** 1:5
**pertaining** 1:16
**peter** 1:13 3:9 4:1,9 9:4 12:1 21:18 30:8 31:2 34:8 35:4 35:9 36:4,13 37:20
**philadelphia** 26:20,20
**phone** 33:11 34:3
**physical** 6:10
**physically** 6:12
**pitchbook** 1:8 1:11 3:1 4:12 6:15 7:1,2,6,21 8:20 9:14,22 10:7 11:6 12:9 15:4,21,24 16:12,13 17:4 17:19 18:23 19:13,16,17 21:17,23 22:5 23:10 24:5,11 24:13 25:14,23 26:24 27:5,6 29:9,12 30:4 30:17 34:6 35:3 36:3
**pitchbook's** 6:2 6:3 8:15 22:19
**place** 32:6,16
**plaintiff** 4:18 4:20 8:15
**plaintiff's** 3:8 8:8 9:3,4 10:4 14:20 16:6 23:15 26:6
**plaintiffs** 1:6 2:6
**platform** 22:19
**please** 4:7 6:7 31:21 34:11,11
**point** 13:5 16:15
**points** 29:8
**policicchio** 1:14 32:6 33:8
**position** 7:4 20:20
**positive** 28:10 28:12
**possible** 10:12 10:16,20,21 14:11,13,16
**prescribes** 13:9
**present** 2:11 32:8
**president** 7:16 7:18
**previous** 19:16
**previously** 9:2 16:24 32:9
**primary** 18:10
**privilege** 21:20
**procedure** 1:15 4:14 32:20 35:5 36:5
**product** 9:22 25:9
**production** 34:15,17,22
**profile** 9:17,18 9:23 10:7,13 10:14,17,18,24 10:24 11:6,9 11:11,16,20,22 11:24 12:3,3,4 12:11,12,12,13 12:15,20,22,23 12:24 13:2,2,6 13:10,15,16,18 13:20 14:3,4 18:23 19:13 20:5,15 21:14 22:1,12 25:24 26:13
**profnav** 29:24
**pronounced** 4:21
**provide** 8:20
**public** 1:14 27:19 32:6,13 33:2,9 35:10 35:18 36:15,23 37:23
**publicly** 17:17
**publish** 18:11 20:20 21:10,14 21:15 22:13 25:23
**published** 18:12
**publishing** 20:12
**pulled** 17:19
**pursuant** 1:15 4:13 32:19
**put** 6:11 20:11 20:19

**q**

**question** 5:10 5:12,18,24,24 6:1,2,6,7 10:15 12:19 14:1,5,6 17:2 19:12 21:19 22:3 28:3 30:10 31:3
**questions** 5:4 9:13 31:6,17 31:19 32:11,15

**r**

**r** 4:9,10 6:18
**ranked** 29:3
**read** 15:1 16:24 22:21 24:14 35:5,6,12 36:5 36:6,17

**reading** 34:19
**reads** 22:18
**really** 28:2
**reason** 17:13 34:14 36:8 37:3
**receipt** 34:18
**receive** 17:13
**received** 24:14
**recess** 31:16
**recognize** 9:6
**record** 4:8,11 6:9,11 11:13 11:18,21 32:14 36:9
**recorded** 26:16
**records** 11:5,19
**redacted** 27:14 27:19
**redaction** 27:17
**redactions** 28:3
**reduce** 4:18
**refer** 30:1
**reference** 20:21 34:7 35:2 36:2
**referenced** 35:11 36:15
**referred** 27:12 32:17
**refers** 29:5
**reflect** 4:11
**reflects** 25:3
**registered** 22:18
**regular** 31:20
**repeat** 10:15 14:1
**rephrase** 5:19
**reporter** 5:7,7 5:14 31:1 35:7
**reporter's** 4:19
**represent** 24:23
**representative** 1:12
**representatives** 1:4
**representing** 4:17
**request** 36:9,11
**required** 34:24
**research** 17:16
**researcher** 18:3 20:10 22:10
**researchers** 18:18 21:24 22:5
**reserve** 31:20
**resident** 1:4
**response** 30:5 30:18 31:3
**responsibilities** 16:21
**responsible** 7:22
**rest** 19:23
**return** 23:4,11 29:8
**returned** 34:18
**returns** 22:24 23:5,8
**review** 27:20 34:12 35:1 36:1
**rezayat** 2:13 6:18
**right** 19:5 24:11 27:9,11 28:18,19 31:13
**road** 2:3
**role** 7:2,8,9,15 7:16,21
**rolling** 2:4
**room** 6:10,15
**rotate** 15:1 16:11 23:19 26:10
**row** 27:3
**rows** 20:17 27:12
**rule** 1:11 3:1,8 8:9
**rules** 1:15 4:13 4:14 5:1 32:19 32:20 35:5 36:5
**running** 9:15

**s**

**s** 4:10,21,22 34:15 36:8,8 37:3
**save** 18:18,18
**saw** 11:8 14:17
**saying** 14:14 19:2
**says** 9:16 15:2 15:22 16:14,15 16:21 19:5,6
**scenario** 11:19
**schedule** 30:14
**school** 25:1
**scope** 30:7
**screen** 8:8,18 15:17 16:8 23:17 26:8
**scroll** 14:24 16:10
**scrolling** 13:17 24:17 25:16
**seal** 33:1 35:15 36:21
**search** 22:20
**searches** 9:15
**seat** 28:21,23 29:1,1,2,2,3,8 29:10,13
**seats** 29:4
**seattle** 6:13
**second** 20:9,14 21:18 22:17

31:10
**see** 8:13,15,17 8:18 13:3,15 13:17 14:22 15:7,17 16:8 16:16 18:20 20:9,13,23 21:1 24:19,21 25:8 28:15,21
**seeing** 12:15
**seeking** 8:15
**seem** 25:20 28:6
**seems** 26:16
**seen** 14:11
**senior** 7:13
**sense** 27:1
**sent** 15:4,24
**sentence** 9:12 9:16 22:17
**separate** 14:5
**september** 25:19 26:2
**served** 21:2
**serves** 16:19 21:3
**services** 24:5
**seven** 8:16,17 8:18 28:17
**several** 8:14
**share** 8:4
**sharing** 29:2
**sheet** 34:13 36:7,10,18
37:1
**shorthand** 32:12
**show** 8:6 9:2 11:5
**showing** 8:13
**shown** 34:16
**shows** 24:4
**sidley** 2:7
**sidley.com** 2:9
**signature** 31:20 32:18 33:1,8 34:14
**signed** 35:13 36:18
**signing** 34:19
**similar** 13:5
**similarly** 1:5
**sincerely** 34:21
**sir** 4:7 6:21 14:20 34:10
**sites** 8:1
**situated** 1:5
**solutions** 34:1 37:1
**somebody** 12:15 14:17 20:18 25:11,13
**sorry** 11:23 19:1 30:24 31:1
**sort** 5:16 11:11
**sound** 28:18
**sounds** 25:6 28:19
**sourcing** 7:23
**south** 2:8
**speaking** 31:1
**specific** 30:17
**speculate** 30:2 30:3
**spell** 4:8
**spelled** 4:21
**spelling** 4:23
**spoke** 30:24 31:2
**spoken** 5:17
**ss** 32:1
**stamped** 19:17
**stamps** 18:4
**started** 7:10
**starting** 18:7 19:17 25:4
**starts** 19:4,7
**state** 4:7 6:3 32:1 35:10 36:15
**statement** 35:13,14 36:19 36:19
**states** 1:1,16 32:21
**status** 20:16
**stenographer** 32:13
**steps** 12:6 14:9
**street** 2:8 33:10
**student** 25:11 28:5 29:17
**submitted** 9:8 32:19
**subscribed** 35:10 36:14 37:21
**subset** 9:16 10:13,17 12:16
**suite** 2:3 24:5 33:10 34:2
**superior** 34:1
**supposed** 30:15
**sure** 10:22 12:21 13:1 14:14 19:6
**sworn** 4:3 32:10 35:10,13 36:14,18 37:21

**t**

**t** 4:9 6:18,18
**tab** 13:13
**take** 6:1 12:5,5 31:5
**taken** 1:13 4:13 31:16 32:5,12
**talk** 4:22
**talked** 29:22
**talking** 5:8 12:2 12:3,11
**talks** 16:20

**tasks** 17:24
**team** 7:22,24 7:24 22:10
**tell** 10:22 18:1 19:23
**telling** 10:5 24:9
**tense** 20:16 21:5
**tenses** 21:1
**term** 13:12
**terms** 9:15 30:18
**testified** 4:4
**testimony** 8:15 8:20 35:6,7 36:6,9,12
**thakker** 20:10
**thanks** 31:15
**thing** 5:14,16 18:9,14
**things** 18:1
**think** 10:5 12:1 14:13 19:2,4,7 28:24 29:15
**third** 15:15 20:24,24
**thirty** 34:18
**three** 16:22 20:17 27:9,11 28:4,4,9,16 31:5,12
**time** 5:9 7:12 8:1 10:4 14:10 18:4,6,20 32:7 32:16
**title** 15:8 17:16
**today** 6:12 7:2 30:15
**told** 25:6
**top** 19:6 21:1,8 23:15
**topics** 8:14,17 8:21
**track** 18:4,19 23:11
**traded** 23:1,6,9
**transcribed** 35:7
**transcript** 31:21 34:11,12 35:5,12 36:5 36:11,17
**trial** 30:19
**trigger** 20:6
**true** 32:14
**truthfully** 5:6
**try** 24:3
**two** 5:8 6:14 11:14 12:5 20:17 28:16 31:5
**type** 28:5,21 29:1,17
**types** 29:11

**u**

**u** 6:18
**uchicago.edu.** 24:20
**under** 18:9 27:3
**undersigned** 32:12,23
**understand** 5:19,20 6:6 14:16 18:6
**understanding** 8:19
**united** 1:1,16 32:20
**university** 24:24 25:7,11 25:17 28:5 29:17
**unlimited** 29:5 29:8,10,13
**unnecessarily** 27:20
**updated** 17:18 20:15
**user** 11:6 22:18 23:24 24:4,6 26:24,24 27:5 27:7,8,12,13,13 28:7,8 29:11 30:19
**users** 23:10 26:13 29:5
**using** 18:19 25:16

**v**

**v** 34:6 35:3 36:3
**valid** 20:19
**value** 21:9
**various** 8:1
**veritext** 34:1,7 37:1
**veritext.com.** 34:17
**versions** 18:17 18:19
**vice** 7:16,18
**victor** 26:19
**videoconfere...** 1:13 2:1,11
**vidhi** 20:10
**view** 23:23
**viewed** 11:22 13:19
**visible** 14:7,8 21:16
**visitor** 14:15
**vp** 7:13
**vpp** 26:19,21 29:22
**vs** 1:7

**w**

**wait** 5:9,11 16:5
**waived** 32:18 34:19
**wanca** 2:2
**want** 9:13 22:15,16 26:5 27:20 28:8
**washington** 6:13
**ways** 13:1
**we've** 23:14
**web** 14:16
**website** 17:12 17:17,20 18:15 20:8
**went** 6:8 17:16
**witness** 4:2 31:2,18 32:5 32:10,16,18 33:1 34:8,11 35:1,4,11 36:1 36:4,15
**witness'** 34:14
**wondering** 17:5 18:1
**work** 12:18 24:8
**worked** 16:24
**working** 25:13
**works** 9:14
**write** 5:14
**written** 5:6
**wrong** 10:22 15:3 18:22 24:9 25:22 28:12

**y**

**y** 4:22 6:18
**yeah** 10:16 14:2,8,15 17:8 18:3 19:9 22:4 25:21 27:22 28:2 29:20 30:3
**years** 16:23

**z**

**z** 6:18
**zones** 8:1

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.

# Plaintiff's Exhibit 7
# Escher Decl. Ex. E

# Exhibit E

| EVENT_DATE | EVENT_CODE | PB_USER_ID | PB_LICENSE_ID | PB_LICENSE_TYPE | PB_LICENSE_START_DATE | PB_LICENSE_END_DATE | PB_ACCOUNT_ID | PB_USER_FIRST_NAME | PB_USER_LAST_NAME | PB_USER_EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/05/21 | VPP | 506537 | 72824 | Seat Based | 43992 | 44356 | 5874 | [redacted] | [redacted] | [redacted].com |
| 02/15/22 | VPP | 2040804 | 98257 | Unlimited | 44500 | 44864 | 17246 | [redacted] | [redacted] | [redacted].com |
| 02/15/22 | PROFNAV | 2040804 | 98257 | Unlimited | 44500 | 44864 | 17246 | [redacted] | [redacted] | [redacted].com |
| 02/15/22 | VPP_CRMTA | 2040804 | 98257 | Unlimited | 44500 | 44864 | 17246 | [redacted] | [redacted] | [redacted].com |
| 02/15/22 | VPP_CRMTA | 2040804 | 98257 | Unlimited | 44500 | 44864 | 17246 | [redacted] | [redacted] | [redacted].com |
| 10/08/22 | VPP | 1437318 | 113088 | Seat Based | 44778 | 45142 | 6150 | [redacted] | [redacted] | [redacted].com |
| 02/14/23 | VPP | 1649667 | 109227 | Seat Based | 45057 | 45422 | 328 | [redacted] | [redacted] | [redacted].com |
| 02/14/23 | UR_ELLIPSIS | 1649667 | 109227 | Seat Based | 45057 | 45422 | 328 | [redacted] | [redacted] | [redacted]com |
| 02/14/23 | DWN_MODAL | 1649667 | 109227 | Seat Based | 45057 | 45422 | 328 | [redacted] | [redacted] | [redacted].com |
| 02/14/23 | DWN_MODAL | 1649667 | 109227 | Seat Based | 45057 | 45422 | 328 | [redacted] | [redacted] | [redacted].com |
| 02/14/23 | DWN_TRIGGER | 1649667 | 109227 | Seat Based | 45057 | 45422 | 328 | [redacted] | [redacted] | [redacted]com |
| 02/14/23 | VPPF | 1649667 | 109227 | Seat Based | 45057 | 45422 | 328 | [redacted] | [redacted] | [redacted]com |
| 05/16/23 | LINKEDIN | 4514847 | 113016 | Seat Based | 44768 | 45498 | 40564 | [redacted] | [redacted] | [redacted].com |
| 09/24/24 | VPP | 5675117 | 141225 | University (Student) | 45264 | 45626 | 41401 | [redacted] | [redacted] | [redacted]il |
| 09/24/24 | VPP | 5675117 | 141225 | University (Student) | 45264 | 45626 | 41401 | [redacted] | [redacted] | [redacted]il |
| 10/23/24 | VPP | 5675117 | 141225 | University (Student) | 45264 | 45626 | 41401 | [redacted] | [redacted] | [redacted]il |

# EXHIBIT B

## Defendant PitchBook Data, Inc.'s Responses and Objections to Plaintiff's First Set of Interrogatories

## May 23, 2025

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JAMES HSIEH, an Illinois resident, individually and as the representatives of a class of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>PITCHBOOK DATA, INC.,<br><br>Defendant. | No. 1:24-cv-12454<br><br>Hon. April M. Perry<br><br>Hon. Jeffrey T. Gilbert |

**DEFENDANT PITCHBOOK DATA, INC.'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**

Pursuant to Federal Rules of Civil Procedure 26 and 33, Defendant PitchBook Data, Inc. ("PitchBook") hereby responds and objects to Plaintiff's First Set of Interrogatories, dated April 23, 2025, with the exception of Interrogatory Nos. 3, 8, 11, and 13-23. By agreement of the parties, PitchBook's duty to respond to those Interrogatories is held in abeyance until the resolution of PitchBook's Motion for Summary Judgment Pursuant to the Statute of Limitations. *See* Dkt. 36. PitchBook expressly preserves: (a) any objections as to the privilege of any disclosure requested by these Interrogatories; (b) the right to object to other discovery involving or relating to the subject matter of the Interrogatories; and (c) the right at any time to revise, correct, supplement, or clarify any of these Responses and Objections.

## GENERAL OBJECTIONS

The following General Objections are incorporated into the Specific Responses and Objections below as if fully set forth in each Response and Objection, and the Specific Responses and Objections are expressly subject to these General Objections. The failure to incorporate

specifically a General Objection, and the specific iteration of a General Objection in response to an Interrogatory, does not waive the Objection with regard to the other Interrogatories.

1. PitchBook objects to the "Definitions" and "Instructions" in the Interrogatories to the extent they purport to impose obligations on PitchBook that are inconsistent with or beyond those contemplated by the Federal Rules of Civil Procedure, the Local Court Rules of the Northern District of Illinois,  or any other applicable rules, laws, or orders, including to the extent they seek information not relevant to any issue in this case. PitchBook will respond to the Interrogatories in the manner required by the Federal Rules of Civil Procedure and applicable Local Rules.

2. PitchBook objects to the Interrogatories to the extent they seek information protected from disclosure by the attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege, protection, or immunity. Any response or objection inconsistent with the foregoing is inadvertent and shall not constitute a waiver of any applicable privilege, protection, or immunity.

3. PitchBook objects to the definition "Defendant,", You,", and "PitchBook" as overbroad, including to the extent it seeks to define PitchBook as including PitchBook's "agents, attorneys, employees, shareholders, officers, directors, affiliates, parent company, subsidiaries, or anyone PitchBook has engaged or retained in any way pertaining to this matter."

4. PitchBook objects to the definition of the "Relevant Time Period" as overbroad and not proportional to the needs of the case to the extent it implies the applicable statute of limitations is five years. The statute of limitations for the Illinois Right of Publicity Act is one year. Unless otherwise specified, PitchBook's responses are limited to the one-year period prior to Plaintiff filing his complaint, beginning October 30, 2023.

5. PitchBook objects to the definition of "Platform" and specifically the phrase "identifying information" as vague and ambiguous. PitchBook further objects to the extent Plaintiff's definition assumes that the ability to "search for and view identifying information" constitutes a violation of 765 ILCS 1075/30.

6. PitchBook objects to the definition of "Plaintiff Hsieh's Profile" and specifically the phrase "information, or collection of information [] contained in the Platform or PitchBook's database" as vague and ambiguous. PitchBook understands Plaintiff Hsieh's Profile to refer to information about Plaintiff James Hsieh that was entered into PitchBook's database and made accessible to registered users of PitchBook.com. PitchBook has relied on this definition in its below Responses and Objections.

7. PitchBook's Responses and Objections to the Interrogatories are based solely on its current knowledge, understanding, and belief of the facts, and the best information available as of the date of these Responses and Objections. PitchBook reserves the right to amend, correct, supplement, or clarify these Responses and Objections at any time if it discovers other or additional information.

## SPECIFIC RESPONSES AND OBJECTIONS

**INTERROGATORY NO. 1:** Identify each person involved in answering these Interrogatories, including persons you consulted or who provided information relied on by you in answering any Interrogatory, and state the information supplied by each such person.

**RESPONSE TO INTERROGATORY NO. 1:**

In addition to its General Objections, PitchBook objects to this Interrogatory to the extent it seeks information protected by the attorney client privilege, the work product doctrine, or any other applicable privilege or protection.

Subject to and without waiving these Objections, PitchBook identifies Peter Escher and refers to the Declaration of Peter Escher, Dkt. No. 33, as containing the information supplied by Mr. Escher.

**INTERROGATORY NO. 2:** Identify the name, last known addresses, and telephone number of each person who has provided information to answer these Interrogatories.

**RESPONSE TO INTERROGATORY NO. 2:**

In addition to its General Objections, PitchBook objects to this Interrogatory as not relevant to any party's claim or defense in this case.

Subject to and without waiving these Objections, PitchBook states that Mr. Escher can be contacted through PitchBook's counsel.

**INTERROGATORY NO. 4:** State whether Plaintiff's Hsieh's Profile is currently, or was at any time during the Relevant Time Period, contained in the Platform.

**RESPONSE TO INTERROGATORY NO. 4:**

Subject to and without waiving its Objections, PitchBook states that certain information relating to Hsieh was entered into PitchBook's database as of February 15, 2021. Hsieh's information was removed from PitchBook's website on November 4, 2024. PitchBook further states that the answer to this Interrogatory may be determined, pursuant to Federal Rule of Civil Procedure 33(d), from reviewing documents produced in this litigation, including PitchBook_0000006. PitchBook also refers Plaintiff to Paragraphs 5 and 9 of the Declaration of Peter Escher, Dkt. 33.

**INTERROGATORY NO. 5:** Identify and describe the process(es), whether automatic or manual, by which the data/information contained in the Platform regarding Plaintiff Hsieh's Profile was obtained, assembled, aggregated, amalgamated, and stored.

**RESPONSE TO INTERROGATORY NO. 5:**

Subject to and without waiving its Objections, PitchBook states that on February 8, 2021 Hsieh's then-employer, Avante Capital Partners, sent PitchBook information relating to Hsieh, including his name, email address, and position title at Avante, as well as Avante's office address and office phone number. PitchBook further states that the answer to this Interrogatory may be determined, pursuant to Federal Rule of Civil Procedure 33(d), from reviewing documents produced in this litigation, including PitchBook_0000001 and PitchBook_0000004. PitchBook also refers Plaintiff to Paragraphs 4 and 5 of the Declaration of Peter Escher, Dkt. 33.

**INTERROGATORY NO. 6:** As to each category of information in Plaintiff Hsieh's Profile, state whether and, if so, when, said information was amended, updated, or revised since October 30, 2024, or at any other time.

**RESPONSE TO INTERROGATORY NO. 6:**

Subject to and without waiving its Objections, PitchBook states Hsieh's biography on PitchBook.com was changed only once, on June 6, 2023, when PitchBook updated his information to reflect that he was a former and not current employee at Avante Capital Partners. PitchBook further states that sometime between September 22, 2023 and October 1, 2023, PitchBook made a site-wide change to how the University of Illinois was identified across the entire site. PitchBook states that Hsieh's employer's address was displayed on his individual profile beginning sometime between December 22, 2021 and January 1, 2022. PitchBook further states that the answer to this Interrogatory may be determined, pursuant to Federal Rule of Civil Procedure 33(d), from reviewing documents produced in this litigation, including PitchBook_0000006. PitchBook also refers Plaintiff to Paragraphs 6 and 7 of the Declaration of Peter Escher, Dkt. 33.

**INTERROGATORY NO. 7:** State whether a subset of the information from Plaintiff Hsieh's Profile was included on the company profile of Avante Capital Partners or any other employer of Plaintiff during the Relevant Time Period, and explain what information was included in that subset of information.

**RESPONSE TO INTERROGATORY NO. 7:**

Subject to and without waiving its Objections, PitchBook states that Hsieh's name, position title, office location, work email address, Avante Capital Partner's office phone number, and a link to Hsieh's LinkedIn profile were accessible on the Avante Capital Partners company page. Hsieh's information was no longer accessible on either page upon the removal of Hsieh's information from PitchBook's website on November 4, 2024.

**INTERROGATORY NO. 9:** State whether Plaintiff Hsieh's Profile is currently accessible or, at some time after October 30, 2024, was accessible, by visitors/registrants to the Platform who signed up/registered for a free trial of the Platform.

**RESPONSE TO INTERROGATORY NO. 9:**

Subject to and without waiving its Objections, PitchBook states that information related to Hsieh was accessible to registered users on PitchBook.com between October 30, 2024 and November 4, 2024. PitchBook further states that information sufficient to respond to this Interrogatory may be identified, pursuant to Federal Rule of Civil Procedure 33(d), from documents produced in this litigation, including PitchBook_0000006.

**INTERROGATORY NO. 10:** State whether a subset of the information from Plaintiff Hsieh's Profile was viewable to free-trial users when they viewed the company profile of Avante Capital Partners or any other employer of Plaintiff during the Relevant Time Period, and explain what information was included in that subset of information.

**RESPONSE TO INTERROGATORY NO. 10:**

In addition to its General Objections, PitchBook objects to this Interrogatory as duplicative of Interrogatory No. 7.

Subject to and without waiving these Objections, PitchBook refers Plaintiff to its Response to Interrogatory No. 7, which is incorporated by reference herein. Answering further, Pitchbook states that temporary free trial users would have had access to certain of Hsieh's information

available on the Avante Capital Partners page by viewing the Avante Capital Partners page until November 4, 2024.

**INTERROGATORY NO. 12:** State whether Plaintiff Hsieh's Profile was removed, deleted, blocked, or made inaccessible on the Platform, and if so, state the date(s) and reason(s) for such removal, deletion, blockage, or limitation of accessibility.

**RESPONSE TO INTERROGATORY NO. 12:**

In addition to its General Objections, PitchBook objects to this Interrogatory to the extent it seeks information protected by attorney client privilege, the work product doctrine, or any other applicable privilege or protection. PitchBook further objects to this Interrogatory as seeking irrelevant information because the "reasons for [] removal, deletion, blockage, or limitation of accessibility" are not relevant to the claims or defenses in this case. PitchBook further objects to this Interrogatory as overly burdensome in that it is duplicative or cumulative of Interrogatories Nos. 4 and 9.

Subject to and without waiving these Objections, PitchBook refers Plaintiff to its Response to Interrogatory No. 4, which is incorporated by reference herein.

Dated: May 23, 2025

Respectfully submitted,

*<u>/s/ Kathleen L. Carlson</u>*
Kathleen L. Carlson
Lawrence P. Fogel
Jordana Beh
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
kathleen.carlson@sidley.com
lawrence.fogel@sidley.com
jbeh@sidley.com

*Attorneys for Defendant PitchBook Data, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2025, I caused a copy of Defendant PitchBook Data Inc.'s Responses and Objections to Plaintiff's First Set of Interrogatories to be served by email on all counsel of record for Plaintiff.

*/s/ Jordana Beh*
Jordana Beh