**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JAMES HSIEH, an Illinois resident, individually and as the representative of a class of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>PITCHBOOK DATA, INC., a Delaware corporation,<br><br>Defendant. | ) | Case No. 1:24-cv-12454<br><br>Hon. April M. Perry<br><br>Magistrate Judge Jeffrey T. Gilbert |

**JOINT STATUS REPORT REGARDING DISCOVERY**
**<u>RELATING TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT</u>**

Pursuant to the Court's Order (Doc. 41), Plaintiff, James Hsieh, and Defendant, PitchBook Data, Inc. ("PitchBook"), submit the following status report regarding discovery relating to PitchBook's pending Motion for Summary Judgment Pursuant to the Statute of Limitations.

1. On July 18, 2025, the Court entered a Minute Entry directing the parties to file a brief joint status report "confirming they have completed the written discovery they agreed to conduct before summary judgment briefing and Plaintiff took the deposition that Plaintiff wanted to take." (Doc. 41).

2. The parties confirm that PitchBook responded to Plaintiff's written discovery requests on May 23, 2025, and served a supplemental response to one of Plaintiff's interrogatories on June 13, 2025, thus completing the written discovery the parties agreed to conduct in connection with summary judgment briefing.

3. The parties confirm that Plaintiff took the Rule 30(b)(6) deposition of PitchBook's corporate representative on July 10, 2025.

4. Plaintiff timely filed his Opposition to PitchBook's Motion for Summary Judgment Pursuant to the Statute of Limitations on July 21, 2025. (*See* Docs. 42, 43, 44).

Respectfully submitted,

| | |
|---|---|
| /s/ *Kathleen L. Carlson*<br>Kathleen L. Carlson<br>Lawrence P. Fogel<br>Jordana Beh<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036<br>kathleen.carlson@sidley.com<br>lawrence.fogel@sidley.com<br>jbeh@sidley.com | /s/ Glenn L. Hara<br>Glenn L. Hara<br>Wallace C. Solberg<br>Brian J. Wanca<br>ANDERSON + WANCA<br>3701 Algonquin Road, Suite 500<br>Rolling Meadows, IL 60008<br>(847) 368-1500<br>ghara@andersonwanca.com<br>wsolberg@andersonwanca.com<br>bwanca@andersonwanca.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

/s/ Glenn L. Hara