# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

James Hsieh,

Plaintiff(s),

v.

PitchBook Data, Inc.,

Defendant(s).

Case No. 1:24-cv-12454
Judge April M. Perry

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $        ,

　　which ☐ includes        pre–judgment interest.
　　　　　 ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☒ in favor of defendant(s) PitchBook Data, Inc.
and against plaintiff(s) James Hsieh

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: Defendant's motion for summary judgment 29 is granted. Judgment is entered in Defendant's favor, and this civil case is terminated. All pending deadlines are struck as moot.

---

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge        on a motion

Date: 12/11/2025                    Thomas G. Bruton, Clerk of Court

                                    J. Capparelli, Deputy Clerk