**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JAMES HSIEH, an Illinois resident, individually and as the representatives of a class of similarly situated persons, | ) ) ) | |
| | ) | Case No. 1:24-cv-12454 |
| Plaintiffs, | ) ) | Hon. April M. Perry |
| v. | ) | Magistrate Judge Jeffrey T. Gilbert |
| | ) | |
| PITCHBOOK DATA, INC., a Delaware corporation, | ) ) | |
| | ) | |
| Defendant. | ) | |

<u>**PLAINTIFF'S NOTICE OF APPEAL**</u>

Plaintiff, James Hsieh, hereby give notice of his appeal to the United States Court of Appeals for the Seventh Circuit of the following: (1) the district court's Order granting Defendant's Motion for Summary Judgment, entered December 11, 2025 (Doc. 51), and (2) the district court's Judgment in a Civil Case, entered December 11, 2025 (Doc. 52).

Respectfully submitted,

s/Glenn L. Hara
Glenn L. Hara
ANDERSON + WANCA
3701 Algonquin Rd., Suite 500
Rolling Meadows, IL 60008
Tel: 847-368-1500
Fax: 847-368-1501
ghara@andersonwanca.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

s/Glenn L. Hara